## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Bowler | Date: 8-5-03 |
| Courtroom Clerk: Saucier | Tape Number: 2003-52  Time In Court: 20 min |
| Case: USA v. Ramon Valdera | Case Number: m54 03 - 802 mBB |
| AUSA: Tim West | Defense Counsel: _____ |
| PTSO/PO: Basil Cronin | Interpreter: _____  Language: _____ |

### TYPE OF HEARING

| | |
|---|---|
| [x] **Initial Appearance** | [ ] **Arraignment** |
| [x] Arrested: [x] on warrant  [ ] on probable cause | [ ] Defendant Waived Reading of Indictment |
| [x] Defendant Sworn | [ ] Defendant Pleads Not Guilty to Counts ___ |
| [x] Advised of Charges | [ ] **Removal Hearing/Rule 40** |
| [x] Advised of Rights | [ ] Defendant Waives Identity Hearing |
| [ ] Requests Appointment of Counsel | [ ] Defendant Ordered Removed to Charging District. |
| [x] Will Retain Counsel | Order to Issue. |
| [ ] Court Orders Counsel be Appointed | [ ] Defendant Released, Conditions Remain/ Modified/Set |
| [x] Government Requests Detention & Continuance | [ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)** | [ ] **Bail Hearing** |
| [ ] Probable Cause Found | [ ] Bail Revoked, Defendant Ordered Detained |
| [ ] Identity Established | [ ] Defendant Released, Conditions Remain/Modified |
| [ ] Defendant Waives Identity Hearing | [ ] Defendant Released on ___ with Conditions |
| [ ] Defendant Waives Preliminary Examination | |
| [ ] **Detention Hearing** | [ ] **Miscellaneous Hearings** |
| [ ] Defendant Requests a Continuance | [ ] Attorney Appointment Hearing |
| [ ] Defendant Consents to Voluntary Detention | [ ] Change of Plea (Rule 11) Hearing |
| [ ] Defendant Detained, Order to Issue | [ ] Material Witness Hearing |
| [ ] Defendant Released on ___ with conditions | [ ] Motion Hearing |
| [ ] Detention Taken Under Advisement | [ ] ___ Status Conference |
| | [ ] Other ___ |
| [ ] **Preliminary Probation Revocation Hearing** | |
| [ ] Defendant Ordered Detained | |
| [ ] Defendant Released | |

### CONTINUED PROCEEDINGS

Detention & Prelim. Ex. Hearing/Conference set for Fri August 8, 2003 at 2:30pm.

### REMARKS

Gov't moves for Detention & Continuance; Detention & preliminary exam set for August 8, 2003 @ 2:30pm. Deft remanded to the custody of the U.S. Marshals

(A:\Cmecf\Revised Clerk Note Form.wpd)