# MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Bowler | Date: 8-8-03   Time In Court: 20 min |
| Courtroom Clerk: Accocca | Tape Number: 2003-55 |
| Case: USA v. Rosa Valdny | Case Number: 03 882-MBB |
| AUSA: Kim West | Defense Counsel: Matt Thompson |
| PTSO/PO: Basel Osoin | Interpreter: _____ Language: _____ |

## TYPE OF HEARING

**☐ Initial Appearance**
☐ Arrested: Date:_____
    Charging District: _____
☐ on warrant   ☐ on probable cause
☐ Defendant Sworn
☐ Advised of Charges
☐ Advised of Rights
☐ Requests Appointment of Counsel
☐ Will Retain Counsel
☐ Court Orders Counsel be Appointed
☐ Government Requests Detention & Continuance

**☐ Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts _____

**☐ Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

**☒ Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☒ Defendant Waives Preliminary Examination

**☒ Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on _____ with conditions
☐ Detention Taken Under Advisement

**☐ Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

**☐ Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on _____ with Conditions

**☐ Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☐ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☐ Other _____

## CONTINUED PROCEEDINGS

_____ Hearing/Conference set for _____ at _____

### REMARKS

Deft. waives P.C.; def. counsel agrees to conditions as agreed to by the Gov't w/ Pretrial's recommendations; Court orders deft. detained until security for the bond can be perfected and presented to the Court

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)