AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

U.S.

v.

Roman Valdma

APPEARANCE

Case Number: 03-882-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roman Valdma

I certify that I am admitted to practice in this court.

Filed
In Open Court
USDC Mass.
Date 8/8/03
By _____
Deputy Clerk  2:30pm

Date: 8/8/03

Signature: Thomas J. Butters (MDT)

Print Name: Thomas J. Butters    Bar Number: 068520

Address: One Exeter Plaza

City: Boston   State: MA   Zip Code: 02116

Phone Number: 617 367 2600    Fax Number: 617 367 1363