AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF ___MA___

U.S.

v.

Roman Valdma

APPEARANCE

Case Number: 03-882-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roman Valdma

I certify that I am admitted to practice in this court.

FILED
In Open Court
USDC, Mass
Date 8/8/03
By ___
Deputy Clerk  2:30pm

Date 8/8/03

Signature

Print Name: Matthew Thompson    Bar Number: 655225

Address: Butters, Brazilian & Small, One Exeter Plaza

City: Boston  State: MA  Zip Code: 02116

Phone Number: 617 367 2600    Fax Number: 617 367 1363