## **DISCHARGE OF MORTGAGE**

I, TONY ANASTAS, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Roman Valdma to the Clerk of the United States District Court for the District of Massachusetts, for property located at 137-141 Chiswick Road, Unit 137-2, Boston, MA 02135 dated August 13, 2003 recorded in the official records book of Suffolk County Registry of Deeds as Instrument No. 985 acknowledge satisfaction of the same.

Witness my hand and seal this 6th day of October, 2003.

_____
TONY ANASTAS, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

October 6, 2003

Then personally appeared TONY ANASTAS, Clerk, and acknowledged the forgoing to be his free act and deed before me.

_____
Notary Public
My commission expires:

```
JOANNE M. CULL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 10, 2009
```