## **DISHCHARGE OF MORTGAGE**

I, TONY ANASTAS, Clerk of Court, United States District Court of the District of Massachusetts, holder of a mortgage from Roman Valdma to the Clerk of the United States District Court for the District of Massachusetts, for property located at 137-141 Chiswick Road, Unit 137-2, Boston, MA 02135 dated August 12, 2003 recorded in the official records book of Suffolk County Registry of Deeds at Book 32412, Page 288 acknowledge satisfaction of the same.

Witness my hand and seal this 20th day of November, 2003.

_____
TONY ANASTAS, Clerk
United States District Court
District of Massachusetts


COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

November 20, 2003

Then personally appeared TONY ANASTAS, Clerk, and acknowledged the foregoing to be his free act and deed before me.

_____
Notary Public
My Commission Expires: 1/8/10

Judith A. Libin
Notary Public
My Commission Expires
January 8, 2010