## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No.** |
| | ) | **03**cr **1 0 3 5 8** WCY |
| **v.** | ) | Violations: |
| | ) | |
| **ROMAN VALDMA** | ) | 8 U.S.C. §1328 -- |
| | ) | Importation of Aliens For Immoral Purpose |
| | ) | |
| | ) | 18 U.S.C. §2421 -- |
| | ) | Transportation for Illegal Sexual Activity |
| | ) | |
| | ) | 18 U.S.C. §2422 -- |
| | ) | Persuading and Enticing Illegal Sexual |
| | ) | Activity |
| | ) | |
| | ) | 8 U.S.C. §1324 -- |
| | ) | Encouraging and Inducing Aliens to Come |
| | ) | To United States in Violation of Law |
| | ) | |
| | ) | 8 U.S.C. §1324(a)(2)(B)(ii) -- |
| | ) | Bringing Alien to United States Without |
| | ) | Official Authorization for Commercial |
| | ) | Advantage |
| | ) | |
| | ) | 18 U.S.C. §1546(a) -- |
| | ) | Visa Fraud |
| | ) | |
| | ) | 18 U.S.C. §2 -- |
| | ) | Causing and Aiding and Abetting |
| | ) | |
| | ) | 18 U.S.C. §§981, 982; 21 U.S.C. §2253; |
| | ) | 28 U.S.C. §2461; 8 U.S.C. §1324 -- |
| | ) | Criminal Forfeiture |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.    ROMAN VALDMA, an Estonian national, was a naturalized citizen of the United

States, residing in Brighton, Massachusetts.

2.    ROMAN VALDMA operated an erotic massage business at two locations in Brighton, Massachusetts, in which his clients received erotic massages with a "special ending." ROMAN VALDMA generated the clientele for his erotic massage business, set the price structure for the massages provided, and divided the proceeds from each massage with the women who provided the massages.

3.    Massachusetts General Laws Chapter 272, Section 53A makes it a crime for any person to engage, agree to engage, or offer to engage in sexual conduct with another person in return for a fee, and also makes it a crime to pay or offer to pay another person to engage in sexual conduct.

4.    ROMAN VALDMA, directly and indirectly, recruited young women from Estonia to come to the United States to work in his erotic massage business. VALDMA did not disclose to most of these women the erotic nature of the massages they would be required to perform until after they had arrived in the United States.

5.    VALDMA assisted these Estonian women in securing visas to enter the United States by instructing them, directly and indirectly, to provide false information on their visa applications about the purpose of their trip to the United States and whether they intended to work in the United States. In addition, VALDMA instructed these women, directly and indirectly, to provide false information on their visa applications about their current place of employment in Estonia and current position at that place of employment. VALDMA also assisted the women, directly and indirectly, in obtaining false documentation to verify their claimed employment in Estonia.

6.    VALDMA, directly and indirectly, paid the airfare for the women he hired for his erotic massage business to travel from Estonia to the United States. He then required these women to repay him for the cost of their airline tickets out of the proceeds from the erotic massages they provided.

**COUNTS ONE -- FIVE:**    **Title 8, United States Code, Section 1328 -- Importation of Alien for Immoral Purpose**

The Grand Jury further charges that:

7. The Grand Jury realleges and incorporates herein by reference paragraphs 1-4 and 6 of this Indictment in their entirety.

8. On or about the dates listed below, in  the District of Massachusetts,

### ROMAN VALDMA

the defendant herein, directly and indirectly, attempted to and did import into the United States an alien for immoral purposes, to wit, a violation of Mass. Gen. Laws, ch. 272, §53A.

| Count | Date | Alien |
|-------|------|-------|
| One | July 13, 1999 | Female 1 |
| Two | December 1, 1999 | Female 2 |
| Three | February 21, 2000 | Female 3 |
| Four | February 14, 2003 | Female 4 |
| Five | May 29, 2003 | Female 6 |

All in violation of Title 8, United States Code, Section 1328 and Title 18 U.S.C. Section 2.

**COUNT SIX:**      **Title 18, United States Code, Section 2421 --**
                    **Transportation for Illegal Sexual Activity**

The Grand Jury further charges that:

9. On or about March 10, 2003, in the District of Massachusetts,

### ROMAN VALDMA

the defendant herein, knowingly transported an individual, designated "Female 5" herein, in

interstate commerce from the State of New York to the Commonwealth of Massachusetts,

with intent that such individual engage in sexual activity for which a person can be charged with

a criminal offense under Mass. Gen. Laws, ch. 272, §53A.

All in violation of Title 18, United States Code, Section 2421.

**COUNTS SEVEN-EIGHT:** **Title 18, United States Code, Sections 2422 and 2--**
**Persuading and Enticing Another to Engage in Illegal Sexual**
**Activity; Aiding and Abetting**

The Grand Jury further charges that:

10. On or about the dates set forth below, in the District of Massachusetts and elsewhere,

ROMAN VALDMA

the defendant herein, knowingly attempted to and did persuade, induce, entice, and coerce an

individual, designated below, to travel in foreign commerce from Estonia to the United States to

engage in sexual activity for which a person can be charged with a criminal offense under Mass.

Gen. Laws, ch. 272, §53A.

| Count | Date | Individual |
|-------|------|------------|
| Seven | June-July, 1999 | Female 1 |
| Eight | February-July, 2003 | Female 6 |

All in violation of Title 18, United States Code, Sections 2422 and 2.

**COUNT NINE:**    **Title 18, United States Code, Sections 2422 and 2 --
Persuading and Enticing Another to Engage in Illegal Sexual
Activity; Aiding and Abetting**

The Grand Jury further charges that:

11. In or about June and July, 2003, in the District of Massachusetts,

### ROMAN VALDMA

the defendant herein, knowingly attempted to and did persuade, induce, entice, and coerce an

individual, designated "Female 7" herein, to travel in interstate commerce from the State of

Florida to the Commonwealth of Massachusetts, to engage in sexual activity for which a person

can be charged with a criminal offense under Mass. Gen. Laws, ch. 272, §53A.

All in violation of Title 18, United States Code, Sections 2422 and 2.

**COUNTS TEN – THIRTEEN:**    **Title 18, United States Code, Sections 1546(a) and 2 --**
**Visa Fraud and Aiding and Abetting**

The Grand Jury further charges that:

12. The Grand Jury realleges and incorporates herein by reference paragraphs 4 and 5 of this Indictment in its entirety.

13. On or about the dates set forth below, in the District of Massachusetts and elsewhere,

ROMAN VALDMA

the defendant herein, aided and abetted the individuals set forth below to use, attempt to use, possess, obtain, accept and receive a document prescribed by statute or regulation for entry into the United States, to wit: a non-immigrant visa for the United States, knowing it to have been procured by means of a false claim or statement and to have been otherwise procured by fraud and unlawfully obtained.

| Count | Date | Individuals | False Statements in Visa Application |
|-------|------|-------------|--------------------------------------|
| Ten | July, 1999 | Female 1 | Place of Employment<br>Purpose of Trip<br>No Intention to Work |
| Eleven | November, 1999 | Female 2 | Place of Employment<br>No Intention to Work |
| Twelve | January, 2002 | Female 3 | Place of Employment<br>Purpose of Trip<br>No Intention to Work |
| Thirteen | January, 2003 | Female 4 | Place of Employment<br>Purpose of Trip<br>No Intention to Work |

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNTS FOURTEEN – EIGHTEEN:** **Title 8, United States Code, Section**
**1324(a)(1)(A)(iv); Title 18 United States Code,**
**Section 2 –**
**Encouraging and Inducing Aliens to Come to the**
**United States in Violation of Law; Aiding and**
**Abetting**

The Grand Jury further charges that:

14. On or about the dates set forth below, in the District of Massachusetts and elsewhere,

ROMAN VALDMA

the defendant herein, did encourage and induce an alien, to come to, enter, and reside in the

United States, knowing and in reckless disregard of the fact that such coming to, entry, and

residence was or would be in violation of law.

| Count | Date | Alien |
|-------|------|-------|
| Fourteen | June-July, 1999 | Female 1 |
| Fifteen | November-December, 1999 | Female 2 |
| Sixteen | June, 2001-January 2002 | Female 3 |
| Seventeen | January-February, 2003 | Female 4 |
| Eighteen | February-May, 2003 | Female 6 |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and Title 18,

United States Code Section 2.

**COUNTS NINETEEN – TWENTY-THREE:** **Title 8, United States Code, Section 1324(a)(2)(B)(ii); Title 18, United States Code, Section 2 --**
**Bringing Aliens to the United States Without Official Authorization for Commercial Advantage ; Aiding and Abetting**

The Grand Jury further charges that:

15. On or about the dates set forth below, in the District of Massachusetts,

ROMAN VALDMA

the defendant herein, knowing and in reckless disregard of the fact that an alien had not received

prior official authorization to come to, enter and reside in the United States, did bring to the

United States in any manner whatsoever, such alien for the purpose of commercial advantage and

private financial gain.

| Count | Date | Alien |
|-------|------|-------|
| Nineteen | July 13, 1999 | Female 1 |
| Twenty | December 1, 1999 | Female 2 |
| Twenty One | February 21, 2002 | Female 3 |
| Twenty Two | February 14, 2003 | Female 4 |
| Twenty Three | May 29, 2003 | Female 6 |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18,

United States Code, Section 2 .

**FIRST FORFEITURE ALLEGATION: 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461 --
Criminal Forfeiture**

The Grand Jury further charges that:

16. As a result of committing one or more of the offenses alleged in Counts One through

Five of this Indictment, charging Importation of Alien for Immoral Purposes, in violation of 8

U.S.C. §1328,

**ROMAN VALDMA**

defendant herein, upon conviction, shall forfeit to the United States, pursuant to 18 U.S.C.

§981(a)(1)(C) (incorporating 18 U.S.C. §1956 and 18 U.S.C. §1961) and 28 U.S.C. §2461, any

and all property constituting or derived from any proceeds traceable to the violation.

Such property includes, but is not limited to, the following:

(a)    $500,000 in United States currency;

(b)    One 2003 silver Acura model MDX bearing Massachusetts Registration number
       59PV19, and Vehicle Identification Number 2HNYD18863H506272 which is
       registered to ROMAN VALDMA;

(c)    Real property described as follows:

       (i)  137 Chiswick Road, #2, Brighton, Massachusetts --

            Unit number 137-2 in the 137-141 Chiswick Condominium created by
            Master Deed dated January 21, 1987 and recorded with the Suffolk
            Registry of Deeds at Book 13372, Page 218, as amended in accordance
            with the provisions of G.L. c 183A, and shown on a plan recorded in said
            Registry of Deeds therewith;

            The Units consists of an area of 1,121 square feet and parking space
            numbers 10 and 11, and is laid out on the floor plan filed with the Master
            Deed. It further consists of a 6.3% interest in the common areas and
            facilities of the Condominium, as described in the Master Deed and in the
            137-141 Chiswick Condominium Truth, recorded with said Registry of
            Deeds at Book 13372, Page 234, as amended.

            Being the same premises conveyed to Roman Valdma by Deed of Robert

A. Fabricant dated October 23, 1996 and recorded in the Suffolk County Registry of Deeds, Book 20968, Page 266.

(ii) 2 Larose Place, Apartment 25, Brighton, Massachusetts –

Unit number 25 of Ridgemont Condominium, created by Master Deed dated June 28, 1982 and recorded in Suffolk County Registry of Deeds in Book 9980, Page 48 and by confirmatory Master Deed dated April 24, 1984, recorded with said Deeds, Book 10886, Page 1, in according with the provisions of G.L. Ch 183A, and shown on a plan recorded in said Registry of Deeds therewith;

The Unit contains an area of 2,064 square feet and Parking Space 25, and is shown on the floor plan filed simultaneously with the Master Deed and to which is affixed a verified statement in the form provided for in G.L. Ch. 183A, Sec. 9;

The Unit further contains a 11.30% interest in the common areas and facilities of said Condominium as described in the Master Deed and in the Ridgemont Condominium recorded with said Registry of Deeds, Book 10886, Page 1.

Being the same premises conveyed to Roman Valdma by Deed of Florencia Maria Hito of the Two Larose Place Realty Trust dated August 1, 2001 and recorded in Suffolk Registry of Deeds, Book 26783, Page 22.

17.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), as incorporated by 28 U.S.C. §2461(c), to seek forfeiture of any other property of the defendant up to the value of the above

forfeitable property,

All in violation of Title 18, United States Code, Sections 981(a)(1)(C) and 28 U.S.C. §2461.

**SECOND FORFEITURE ALLEGATION:** **18 U.S.C. §2253 -- Criminal Forfeiture**

The Grand Jury further charges that:

18. As a result of committing one or more of the offenses alleged in Counts Six, Seven,

Eight, and Nine of this Indictment, charging Transportation for Illegal Sexual Activity and

Persuading and Enticing Illegal Sexual Activity, in violation of 18 U.S.C. §2421 and 18 U.S.C.

§2422,

## ROMAN VALDMA

defendant herein, upon conviction, shall forfeit to the United States, pursuant to 18 U.S.C.

§2253: (1) any and all property, real or personal, constituting or traceable to gross profits or other

proceeds obtained from such offense; and (2) any property, real or personal, used or intended to

be used to commit or to promote the commission of such offense.

Such property includes, but is not limited to, the following:

(a)     $500,000 in United States currency;

(b)     One 2003 silver Acura model MDX bearing Massachusetts Registration number
        59PV19, and Vehicle Identification Number 2HNYD18863H506272 which is
        registered to ROMAN VALDMA;

(c)     Real property described as follows:

        (i)  137 Chiswick Road, #2, Brighton, Massachusetts --
             Unit number 137-2 in the 137-141 Chiswick Condominium created by
             Master Deed dated January 21, 1987 and recorded with the Suffolk
             Registry of Deeds at Book 13372, Page 218, as amended in accordance
             with the provisions of G.L. c 183A, and shown on a plan recorded in said
             Registry of Deeds therewith;

             The Units consists of an area of 1,121 square feet and parking space
             numbers 10 and 11, and is laid out on the floor plan filed with the Master
             Deed. It further consists of a 6.3% interest in the common areas and
             facilities of the Condominium, as described in the Master Deed and in the
             137-141 Chiswick Condominium Truth, recorded with said Registry of
             Deeds at Book 13372, Page 234, as amended.

Being the same premises conveyed to Roman Valdma by Deed of Robert A. Fabricant dated October 23, 1996 and recorded in the Suffolk County Registry of Deeds, Book 20968, Page 266.

(ii)  2 Larose Place, Apartment 25, Brighton, Massachusetts –

Unit number 25 of Ridgemont Condominium, created by Master Deed dated June 28, 1982 and recorded in Suffolk County Registry of Deeds in Book 9980, Page 48 and by confirmatory Master Deed dated April 24, 1984, recorded with said Deeds, Book 10886, Page 1, in according with the provisions of G.L. Ch 183A, and shown on a plan recorded in said Registry of Deeds therewith;

The Unit contains an area of 2,064 square feet and Parking Space 25, and is shown on the floor plan filed simultaneously with the Master Deed and to which is affixed a verified statement in the form provided for in G.L. Ch. 183A, Sec. 9;

The Unit further contains a 11.30% interest in the common areas and facilities of said Condominium as described in the Master Deed and in the Ridgemont Condominium recorded with said Registry of Deeds, Book 10886, Page 1.

Being the same premises conveyed to Roman Valdma by Deed of Florencia Maria Hito of the Two Larose Place Realty Trust dated August 1, 2001 and recorded in Suffolk Registry of Deeds, Book 26783, Page 22.

19.  If any of the above-described forfeitable property, as a result of any act or omission

of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without

difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. §2253(o), to seek forfeiture of any

other property of the defendant up to the value of the above forfeitable property,

All in violation of Title 21, United States Code, Section 2253.

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), as incorporated by 18 U.S.C. §982(b), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property,

All in violation of Title 18, United States Code, Sections 982(a)(6)(a)(i) and (ii).

**FOURTH FORFEITURE ALLEGATION: 18 U.S.C. 982(a)(6), 8 U.S.C. §1324(b) and 28 U.S.C. §2461 -- Criminal Forfeiture**

The Grand Jury further charges that:

22.  As a result of committing one or more of the offenses alleged in Counts Fourteen through Twenty-Three of this Indictment, charging Encouraging and Inducing Aliens to Come to the United States in Violation of Law and Bringing Aliens to the United States Without Official Authorization for Commercial Advantage, in violation of 8 U.S.C. §§1324(a)(1)(A)(iv) and 1324(a)(2)(B)(ii),

**ROMAN VALDMA**

defendant herein, upon conviction, shall forfeit to the United States, pursuant to 18 U.S.C. 982(a)(6) and/or 8 U.S.C. §1324(b) and 28 U.S.C. §2461, any conveyance, including any vessel, vehicle or aircraft used in the commission of the offense, the gross proceeds of such violation, any property traceable to such conveyance or proceeds; and any property, real or personal, that constitutes or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

Such property includes, but is not limited to, the following:

(a)    $500,000 in United States currency;

(b)    One 2003 silver Acura model MDX bearing Massachusetts Registration number 59PV19, and Vehicle Identification Number 2HNYD18863H506272 which is registered to ROMAN VALDMA;

(c)    Real property described as follows:

(i) 137 Chiswick Road, #2, Brighton, Massachusetts --

Unit number 137-2 in the 137-141 Chiswick Condominium created by Master Deed dated January 21, 1987 and recorded with the Suffolk

Registry of Deeds at Book 13372, Page 218, as amended in accordance
with the provisions of G.L. c 183A, and shown on a plan recorded in said
Registry of Deeds therewith;

The Units consists of an area of 1,121 square feet and parking space
numbers 10 and 11, and is laid out on the floor plan filed with the Master
Deed. It further consists of a 6.3% interest in the common areas and
facilities of the Condominium, as described in the Master Deed and in the
137-141 Chiswick Condominium Truth, recorded with said Registry of
Deeds at Book 13372, Page 234, as amended.

Being the same premises conveyed to Roman Valdma by Deed of Robert
A. Fabricant dated October 23, 1996 and recorded in the Suffolk County
Registry of Deeds, Book 20968, Page 266.

(ii)  2 Larose Place, Apartment 25, Brighton, Massachusetts –

Unit number 25 of Ridgemont Condominium, created by Master Deed
dated June 28, 1982 and recorded in Suffolk County Registry of Deeds in
Book 9980, Page 48 and by confirmatory Master Deed dated April 24,
1984, recorded with said Deeds, Book 10886, Page 1, in according with
the provisions of G.L. Ch 183A, and shown on a plan recorded in said
Registry of Deeds therewith;

The Unit contains an area of 2,064 square feet and Parking Space 25, and
is shown on the floor plan filed simultaneously with the Master Deed and
to which is affixed a verified statement in the form provided for in G.L.
Ch. 183A, Sec. 9;

The Unit further contains a 11.30% interest in the common areas and
facilities of said Condominium as described in the Master Deed and in the
Ridgemont Condominium recorded with said Registry of Deeds, Book
10886, Page 1.

Being the same premises conveyed to Roman Valdma by Deed of
Florencia Maria Hito of the Two Larose Place Realty Trust dated August
1, 2001 and recorded in Suffolk Registry of Deeds, Book 26783, Page 22.

23.  If any of the above-described forfeitable property, as a result of any act or omission

of the defendant:

(a) cannot be located upon the exercise of due diligence;

**JS 45 (5/97) - (Revised USAO MA 3/25/02)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**                    Category No. __II__                Investigating Agency  __DSS__

**City**  __Brighton__                    **Related Case Information:**

**County**  __Suffolk__                   Superseding Ind./ Inf.  _____    Case No.  _____
                                          Same Defendant  __X__                New Defendant  _____
                                          Magistrate Judge Case Number    __03-882-MBB__
                                          Search Warrant Case Number  _____
                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Valdma, Roman__                          Juvenile    ☐ Yes    ☒ No

Alias Name  __N/A__

Address  __2 Larose Street, Apt. 25, Brighton, MA__

Birth date:  __–/–/66__    SS#: _____  Sex: __M__  Race:  __Caucasian__    Nationality: __Estonian__

**Defense Counsel if known:**    **Thomas Butters**        Address:  __One Exeter Plaza__
                                                                     __Boston, MA 02116__

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**   __Emily Schulman/Kim West__              **Bar Number if applicable**  _____

**Interpreter:**    ☐ Yes    ☒ No        **List language and/or dialect:**  _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

          ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**      __August 5, 2003__

☐ **Already in Federal Custody as**  _____  **in**  _____ .
☐ **Already in State Custody**  _____  ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by**  __Bowler__        **on**  __August 7, 2003__

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __23__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:**   __11/19/03__              **Signature of AUSA:**  _Emily Schul_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**     Roman Valdma _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1328 | Importation of Alien for Immoral Purpose | 1, 2, 3, 4, 5 |
| Set 2 | 18 U.S.C. § 2421 | Transportation for Illegal Sexual Activity | 6 |
| Set 3 | 18 U.S.C. § 2422, 2 | Persuading and Enticing/Aiding and Abetting | 7, 8, 9 |
| Set 4 | 18 U.S.C. § 1546(a), 2 | Visa Fraud, Aid and Abetting | 10, 11, 12, 13 |
| Set 5 | 8 U.S.C. §1324(a)(1)(A)(iv) | Encouraging and Inducing Alien to Come to U.S. | 14, 15, 16, 17, 18 |
| Set 6 | 8 U.S.C. §1324(a)(2)(B)(ii) | Bringing Alien to U.S. w/o Auth. for Comm. Gain | 19, 20, 21, 22, 23 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant**      **Roman Valdma**

JS45.Valdma.wpd - 3/13/02