| MAGISTRATE JUDGE CLERK NOTES ||
|---|---|
| Magistrate Judge: __COLLINGS for BOWLER__ | Date: __November 20, 2003__ |
| Courtroom Clerk: __GINA P. AFFSA__ | Tape Number: __CD Recording - courtroom 14__ |
| Case: USA v. __ROMAN VALDMA__ | Case Number: __03CR10353 WGY__ |
| AUSA: __Kim West, Emily Schulman__ | Defense Counsel: __Matthew Thompson__ |
| PTSO/PO: __J. Riley__ | Interpreter: __N/A__    Time in Court __30 min__ |

### TYPE OF HEARING

| | |
|---|---|
| [x] <u>Initial Appearance</u>          [x] Arrested on<br>[ ] Defendant Sworn             Warrant issued<br>[x] Advised of Charges           0n __11/20/03__<br>[x] Advised of Rights            [ ] Arrested on<br>[ ] Requests Counsel             Probable Cause<br>[x] Will Retain Counsel          0n_____<br>[ ] Court Orders Counsel be Appointed<br>[x] Government Requests Detention & Continuance<br>[ ] Defendant Released on _____ with<br>    conditions<br>[ ] Defendant Consents to Voluntary Detention | [x] <u>Arraignment</u><br>[x] Defendant Waived Reading of Indictment<br>[x] Defendant Pleads Not Guilty to Counts _all___<br><br>[ ] <u>Removal Hearing/Rule 40</u><br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District.<br>Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] <u>Preliminary Examination (Rule 5 or Rule 32.1)</u><br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] <u>Preliminary Probation Revocation Hearing</u><br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released |
| [ ] <u>Detention Hearing</u><br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement | [ ] <u>Bail Revocation Hearing</u><br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [ ] INITIAL STATUS CONFERENCE | [ ] FINAL STATUS CONFERENCE |

### CONTINUED PROCEEDINGS

_____Hearing/Conference set for_____at_____

### REMARKS

Defendant is arrested on new indictment relating to a complaint that was before Judge Bowler.  Arrest warrant had issued due to the additional charges in the indictment that were not in the complaint.    Defendant's attorney appears with him.  Gov't states the maximum penalty.  Court advises the defendant of the charges and his rights.  Defendant is arraigned and pleads not guilty.   Judge Bowler's clerk will send out notice of an initial status conference.  Gov't moves for detention in light of new evidence and charges.  Detention hearing set for Monday, Nov. 24th at 2:30 PM.

(N:\MyFiles\CriCtNote.wpd)