# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                         CRIMINAL NO. 2003-10353-WGY

ROMAN VALMA,
        Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

    The defendant appeared on November 20, 2003 for arraignment. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on November 20, 2003.

The file is RETURNED to the Clerk's Office with instructions that the following docket entry be made: CASE NO LONGER REFERRED TO CHIEF MAGISTRATE JUDGE BOWLER.

/s/ Robert B. Collings
_____ROBERT B. COLLINGS
United States Magistrate Judge

Date:  December 4, 2003