UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                              **CRIMINAL**
                                                                **NO. 03-10353  -WGY**

**ROMAN VALMA**

### INITIAL SCHEDULING ORDER

 YOUNG, C.J.

The above named defendant(s) having been arraigned on **NOV. 20, 2003** before   **COLLINGS, USMJ**  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  **12/18/031**   See  L.R116.1(C).

B. The defendant shall provide automatic discovery by **12/18/03**   . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  1/2/04 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  1/16/04. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on   **JAN. 14, 2004**  at    2:00    p.m. in Courtroom No.   18    on the  5    floor.

                                                                By the Court,

12/18/03                                                        /s/ Elizabeth Smith
_____                                              _____
Date                                                            Deputy Clerk

(Crinsch1.wp - 11/24/98)