UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10353-WGY</u>

UNITED STATES
Plaintiff

v.

ROMAN VALDMA
Defendant

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 1/14/04

Any substantive motions are to be filed by    7/15/04   . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before    7/30/04      See LR 116.3(l).

A Final Pretrial Conference will be held on   7/29/04 @2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 7/29/04

A tentative trial date has been set for   9/7/04

The time between    1/14/04   and   9/7/04      is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**January 14, 2004** To:
 All Counsel