UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10353-WGY |
| | ) | |
| ROMAN VALDMA | ) | |

### GOVERNMENT'S MOTION TO UNSEAL EX PARTE MOTION FOR ARREST WARRANT, REVOCATION OF RELEASE AND FOR AN ORDER OF DETENTION

The United States of America hereby moves this Court to direct that the Government's *Ex Parte* Motion for Arrest Warrant, Revocation of Release and for an Order of Detention be unsealed. In support of this motion, the government states that the defendant was arrested on December 30, 2003, and that there is no further reason to keep the motion secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
EMILY SCHULMAN
KIMBERLY P. WEST
Assistant U.S. Attorneys

[Stamp: DEC 30 2003 ALLOWED WGY]

Date: December 30, 2003