UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal No. 03-CR-10353-WGY |
| ) | |
| ROMAN VALDMA, ) | |
| Defendant. ) | |

## MOTION TO MODIFY CONDITIONS OF ELECTRONIC MONITORING

The Defendant, Roman Valdma ("Valdma"), respectfully requests that the Court modify Valdma's conditions of electronic monitoring to allow for daily exercise from 4:00 PM to 6:00 PM. As grounds therefor, Valdma states the following:

1. On December 30, 2003, the Honorable Robert B. Collings issued an Amended Order Setting Conditions of Release in the above-captioned matter.

2. The Court placed Valdma on electronic monitoring and restricted his movements outside his home to medical appointments, medical emergencies, court proceedings, attorney visits, and two hours a week for errands.

3. Valdma had a physical on March 17, 2004 and follow-up blood work on March 22, 2004. (*Affidavit of Dr. Julia I. Ostrov* ¶2-3.) Valdma was slightly overweight and his cholesterol level was high. (*Id.*) Valdma's cholesterol level was 263. A normal cholesterol level is 199. (*Id.* ¶4.) Valdma's low density lipids count, also known as "bad cholesterol," was 178. (*Id.* ¶5.) This count should be below 130. (*Id.*)

4. Valdma's physician recommends that Valdma take steps to control these counts. (*Id.* ¶6.) Valdma should begin an exercise routine that includes one hour of walking a day. (*Id.*)

2

5.  Counsel for the government, Ms. Schulman and Ms. West, oppose this motion.

WHEREFORE, Valdma requests the Court allow his motion.

ROMAN VALDMA
By his attorneys


 /s/ Matthew D. Thompson
Thomas J. Butters
B.B.O. No. 068260
Matthew D. Thompson
B.B.O. No. 655225
Butters Brazilian LLP
One Exeter Plaza
Boston, Massachusetts 02116
617-367-2600

Dated: May 6, 2004