UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                    )<br>)<br>ROMAN VALDMA,                     )<br>            Defendant.              )<br>) | Criminal No. 03-CR-10353-WGY |

**AFFIDAVIT OF DR. JULIA I. OSTROV**

I, Julia I. Ostrov, being duly sworn, depose and state the following:

1. I am a doctor licensed to practice medicine in the Commonwealth of Massachusetts since 1988. I have been practicing medicine since 1970. My office is located at 209 Harvard Street, Suite 301, Brookline, Massachusetts 02446. I have been at that location for ten years.

2. I have been Roman Valdma's primary care physician since September 2000. On March 17, 2004, Mr. Valdma came to my office for a routine physical. Mr. Valdma's weight at that time was 210 pounds, which is slightly overweight for a person of his height and age.

3. On March 22, 2004, Mr. Valdma returned to my office so that I could conduct blood work. The results of my tests demonstrated that Mr. Valdma had a high cholesterol level.

4. Mr. Valdma's cholesterol level was 263. Cholesterol levels are considered normal up to a count of 199.

5. Mr. Valdma's low density lipids ("LDL") count was 178. This count should be below 130. LDL is what is commonly considered "bad cholesterol."

2

6.      It is important that Mr. Valdma take steps to lower his cholesterol level and maintain a normal weight. Among the steps Mr. Valdma can take is to begin a routine of exercise at home and one hour of walking daily.

Signed under the pains and penalties of perjury, this 30th day of April, 2004.

    /s/ Julia I. Ostrov, M.D.
Julia I. Ostrov, M.D.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                    Date: 4/30/04

Then personally appeared the above named Julia I. Ostrov, M.D. and acknowledged the foregoing signature to be her free act and deed, before me.

/s/ Matthew D. Thompson
Matthew D. Thompson, Notary Public
My Commission Expires: 10/09/09