UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  **Criminal Action**
                                                  **No:03-10353-WGY**

**UNITED STATES**
**Plaintiff**

v.

**ROMAN VALDA**
**Defendant**

## NOTICE OF RESCHEDULING

**YOUNG, C.J.**

    TAKE NOTICE that the above-entitled case has been RESET for FINAL PRETRIAL CONFERENCE at 10:00 A.M., on THUR. JULY 29, 2004, in Courtroom No. 18, 5TH floor.

                                                  **By the Court,**

                                                  **/s/ Elizabeth Smith**

                                                  **Deputy Clerk**

**June 1, 2004**

**To: All Counsel**