## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Criminal Action
No:03-10353-WGY**

**UNITED STATES
Plaintiff**

**v.**

**ROMAN VALDA
Defendant**

## NOTICE  OF  RESCHEDULING

**YOUNG, C.J.**

     **TAKE NOTICE that the above-entitled case has been set for FINAL PRETRIAL CONFERENCE  at  10:00 A.M. , on  MONDAY JULY 26 , 2004, in Courtroom No. 18, 5TH floor.**

**By the Court,**

**/s/ Elizabeth Smith**

_____

**Deputy Clerk**

**June 21, 2004**

**To: All Counsel**