1

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                                    Criminal No.
 3                                                  03-10353-WGY

 4      * * * * * * * * * * * * * * * *
                                       *
 5      UNITED STATES OF AMERICA       *
                                       *   ARRAIGNMENT
 6      v.                             *    and PLEA
                                       *
 7      ROMAN VALDMA                   *
                                       *
 8      * * * * * * * * * * * * * * * *

 9

10

11
                 BEFORE:  The Honorable William G. Young,
12                             District Judge

13

14
        APPEARANCES:
15
             EMILY R. SCHULMAN, KIMBERLY P. WEST and JIM
16      OLIVER, Assistant United States Attorneys, 1 Courthouse
        Way, Suite 9200, Boston, Massachusetts 02210, on behalf
17      of the Government

18           BUTTERS BRAZILIAN LLP (by Thomas J. Butters, Esq.
        and Matthew D. Thompson, Esq.) One Exeter Plaza,
19      Boston, Massachusetts 02116, on behalf of the Defendant

20

21

22

23
                                           1 Courthouse Way
24                                         Boston, Massachusetts

25                                         August 3, 2004
```