**Translation from the tape** — *FEB. 25, 2003*

Middleman (**M**)
Source (**S**)

M: Hi !

S: Hi!

M: My name is Andres

S: I am ####

M: I came out this way

S: I came from that direction

M: Well, ask something

S: Tell me about the job, what kind of a job it is

M: Oh, about the job... did Roman tell you anything about it ?

S: he told me very little. He said when you meet, you will **tell me more**.

M: I see, oh well... would you like to see some pictures, I have **couple of pictures** here

S: yes

M: OK, here's one room where massage is done.

S: I see

M: have you seen Roman ?

S: no

M: this is Roman

S: I see

M: and this is the picture of him taken at his home. I just returned from there three days ago

S: I see... how are the salaries, when can I go there, who will meet me etc ?

M: but when would you like to go ?

S: I could go there starting middle of March

M: I see... do you have a new passport, Estonian new passport _

S: yes

M: then we have to get you a visa. You have not had any problems with visa before ?

S: no

M: well, Roman will meet you in Boston

S: I see

M: well... I will have to find you some kind of a job somewhere here... you don't have a job currently, do you ?

S: no

M: well, I have to find you a job, and find a person with whom you could apply for a visa. No one will issue a visa for you alone.

S: yes, I know. Where do I live in the States ?

M: basically there are two options, there are two places, I don't know where exactly. One is where these pictures are taken. The other is nearby that place, also 4-3 rooms. There are massage rooms, and living room is there as well, so basically there is everything in one place.

S: I see... how much will the salary be ?

M: with salary, the salary will be...eh... so Roman didn't tell you anything about the salary ?

S: well he said very little, he told it would depend on my amount of work.

M: well, basically... massage costs... well it costs 100 USD. And from there... eh... do you have Romans phone number ?

S: yes

M: well, you should be talking about the salary with Roman personally

S: I see...

M: since he is the... well, I am here basically to help arranging visas and other stuff so there are no problems, and he is... well as I remember you will have 50 USD clean for yourself from that money.

S: I see.

M: you will do a massage and will have 50 USD for yourself afterwards. Honestly, I was there and... the phone was ringing all the time, a lot of customers. So there will be no such situation that you go there and there is no work for you to do

S: will it be in Boston ?

M: yes

S: well... what did I want to ask...

-3-

M: *Can't hear what he is saying, short word, maybe* "go ahead"

S: I don't remember...

M: go ahead, ask anything

S: what more is there ? only massage ?

M: were you told what... what kind of a massage and how or... didn't he/she tell you (*possibly talking about Roman*)

S: he/she told me a little, I wasn't told much (*possibly talking about Roman*)

M: maybe you should talk to him/her yourself ? (*possibly talking about Roman*)

S: is he *(Roman?)* coming back to Estonia sometimes soon ?

M: well, that was the case. He (*Roman*) wanted to come to Estonia in March. But then I told him that if you two can talk things over between each other, there is no reason for him to come to Estonia, there is nothing for him to do here since I'll take care of everything here, money for the tickets, I will buy the tickets etc... when you have arrived, later you have to pay back to Roman for the tickets

S: I see...

M: I don't know how will the case be with a visa, it costs 1600 EEK... I think you will have to pay back for the visa as well... and with that person with whom you will apply for a visa, the one I will find for you, he will not travel to the US... you will probably have to pay for his visa as well I think... since he really doesn't need this visa, he will not be travelling, but you need him since you will not get a visa on your own.

S: I see... OK. Are there any other Estonian girls now ?

M: Yes, there are three girls. There was one, one came back. With one I went there together... /*unclear text*/ ... I didn't understand, she was watching from the TV all that war stuff, lot of bullshit, everybody is making a big deal out of it, but in reality it is nothing. So I traveled with her. But one girl went by herself, there is not much to it, she could speak English... you can speak English too, right ?

-4-

S: yes

M: this is most important. And when you decided to work, well as I see this from my position, if you really want to go there and work, earn money, there are big opportunities to earn good money. But if you really just want to go there to do a little work and also to have a little fun and parties, I don't think this is a place to do that. If you want to go for sports, or do aerobics, or go for a city tour besides working, no one will tell you NO, Roman is not that kind of a guy, some time off is OK… some girls want to have big parties, to find husband, just wander around… well from my point of view, it is not a good idea, you go there to work and have parties when you come back to Estonia, have parties here with Estonian boys, right ?

S: I see…

M: you know what, I will call Roman myself. And I ask him… well… basically… I know… but maybe it's better you talk to him yourself. What is where and how big the salaries are and… I thought you have been talking about these things with him, aren't you then ?

S: no, nothing…

M: well, let's do then …/unclear speech/…

S: Eerika…

M: oh, Eerika… well as I said… Eerika also knows Roman, as we agree here, so it will be. There will be no problems. Nothing like you read from the papers that as you arrive, they will take your passport and keep you behind locks… no such thing. And there is also nothing connected… it has nothing to do with sex, it is actually forbidden. Otherwise… there can arise temptations, clients may offer money to have sex, that I paid for massage, but I also would like to have sex and pay extra, and no one will know… you must not agree, it will come out anyway… people will tell that I got this there and there will be big problems, that is clear… it is an erotic massage, it is not the regular massage. Regular massage will not get you many clients. There is nothing special about it.

S: I see…

M: But of course the main problem is…. HI ! / *A person that M knows appears suddenly on the street and they exchange couple of sentences not related to the interview with S/*… so that is the case. Do you want the pictures for yourself ?

-5-

S: if it's possible

M: you can have this picture. And take this picture as well, then you know how Roman looks like; especially if you go there and he will meet you

S: and we won't recognize each other

M: OK, let me see... then we would have to do such thing... I will need your passport... and you would have to speak with Roman once more

S: let him call me

M: you have mobile phone, it is hard for him. don't you have a regular phone ?

S: I have an e-mail

M: does he know your address

S: he has my e-mail

M: well, in short – I will call him and ask, and find out if he will speak to you or should I explain all the details... basically... she did not tell you anything ... she...

S: Madli ?

M: Madli... the wife of Tiit (or Siim) /unclear text/ ... the wife of policeman ? (*not sure, unclear text, but sounded like it*)

S: no, she did not tell me anything

M: told you that you have to go to work ?

S: no she just told me there is an opportunity to go. She told me about dancing first.

M: well dancing... you see... how do I put it... dancing is also one possibility... but in my opinion... well, I can't really say. Dancing is done in front of a big crowd...

–6–

S: is there some big club ?

M: this ?

S: yes. You say it's a big crowd

M: no, I just say if you dance there are more than one customer, massage is private, you're alone with the customer.

S: yes, you're right, I see

M: ok... but... well let's call...keep in touch... but then I need your passport. How old are you ?

S: 20

M: Oh damn, you just have to be so young ! they will start looking... OK, never mind ! there might be a problem with getting a visa.

S: I see...

M: but I will get it. I will get one guy from the bank. They are looking who is applying with whom and from where they are, Estonian Bank is regarded highly, they will look that this guy is OK, he will not stay in the US etc.

S: I see... OK lets keep in touch

M: Ok let's do that. But I will call today Roman and tell him... you don't have a regular phone number ? There is a problem reaching cellphone.

S: yes, he tried...

M: but he can't reach you. He has a little patience. I tried to call him 4 times, succeeded on 5th attempt. He will try once or twice and give up, just tells that can't reach you. Do you have his number ?

—7—

S: you mean his cellphone number ? yes

M: OK... but then... you could try giving him a call. How much is the time now ?

S: 2:14 PM

M: will you stay in town or leave ?

S: I will leave

M: go back home ?

S: yes

M: listen, I will call and try to get a hold of him *(Roman)*. And then I'll let him call you, OK ?

S: OK ! keep in touch

M: yes, I will !

S: Bye !

M – Middleman

S – Source

Meeting in front of Middleman's office on Wednesday, 4/2/03 around 16:00. Introducing common law husband (CLH) to S.

M : Hi !

S: Hi !

M: So, here he is. When you will start applying for visa, this is your guy. This is your common law husband (CLH). There is no other option. So when you fill out the application you will write... Kalju (CLH) lives in Mustamae, where do you live ?

S: in Tallinn

M: I see.. But you will write the same address as Kalju, he's your CLH. You are living together.

S: how we going to get the visa ?

M: the situation is as follows – you will give me your passport and during this week I will find you a job. You're not working, are you ? OK. And then we have to meet again, you have to fill out the application with your own hand and sign it.

S: how long it will take you to get me a job here ?

M: well, it depends on different things. I hope by the next week... maybe I can't do it during this week... I will travel to southern Estonia myself, but next week... do you need your passport ?

S: not at this moment, no.

M: but will you ?

S: maybe next week, maybe not, I don't know yet.

M: are you going on vacation ?

S: I don't know. Maybe I will go to Finland for a while, maybe not.

M: I see...

S: but if I need it...

M: hang on ! Give me your passport, I'll write some info down. I don't really need your passport right now, I need it when I take the papers in... do you have a pencil ? So how do you like this guy as your CLH ? OK ? well you have a new home now. Well, there's not much of a choice.

S: do you need a paper as well ?

M: well, yes. But then again, let's go inside, I'll write stuff down there.

–9–

S: do you work here ?

/some unclear text follow/

M: …. Like there was a case where there was a girl….. /unclear text follows/

M: well, here's your passport. Like I was saying there was a girl who didn't had a clue. Consul asked her with whom she was travelling. She said – with that tall guy. She even didn't learn his name, can you believe !

S: but what is his…

M: his name is Kalju Rohtna (?). Later I'll write his name down; right now you can recognize him by his face.

S: did Roman tell you when he is coming ?

M: tell me, Roman told me that he tried to call you yesterday. But he couldn't reach you; he could reach me at my home on hard line.

S: but I can call him myself today.

M: but do that !

S: what time would be good ?

M: well I think you could call him right about now, it's about 9 AM there. But if you have any questions you can ask me also. But if you have some secret stuff you want to ask him, you can call him.

S: no, there's nothing secret

M: what do you want to know ?

S: just where am I going to live, what should I bring with me and so on…

M: well, take just a little bag, some small necessary things, and some necessary clothes. You don't have to take with you a lot of things, summer is coming and you will start making money working as soon as you get there so you can buy all the stuff there.

S: how soon do I have to start working there, can I look around first a little ?

M: You see, and I'm speaking from behalf Roman as well right now, but you have to think about it now real carefully. Of course you will be able to do there whatever you please. But one thing is clear – if you do that long trip, your primary mission is to work there, but if you want to go sightseeing…

S: well I was just thinking for the first couple of days…

M: but of course. You see… have you talked to Roman about it ? I have known Roman for a long time; he is a normal human being. You will be living there as you live here in Saku. You can go wherever you please, nobody will stop you from going. Nobody… of

−10−

course before you start Roman will show you around... really, I don't know so much about details...

S: How do you know that I live in Saku ? I don't live there.

M: It was written there... /in passport/

S: It's not my home, I was only born there.

M: well I assumed those are the same.

S: no.

M: so that's the case. Of course you can walk around. Like this girl I took there. We were there for a week and she did no work at all during this time. No one expects you to get off the plane and start doing.

S: how about living ? Do I live alone ?

M: yes, of course. Your own room. You don't have to share it.

S: for how long I stay there ? How long will the visa last ?

M: well... of course for your sake as well if you take this trip you should think to spend at least 3 to 4 months. No sense going there for less time.

S: and the visa will be made for this period ?

M: well with visa... it is not likely that being a young woman you will be issued a longer visa than 6 months. They are afraid that you will stay there and so on. That's why you need to have... the consul also thinks... well when I got a visa I got it for 10 years. I brought my passport in and got it back with a visa in it with no problems, no one wanted to interview me. I had an earlier visit to the States already. Kalju has not traveled there before, that's why I'm, not sure... it matters a lot to them that Kalju also works at Estonian Bank, they don't pay so much attention to him compared if you were from some private company, you could own 5 companies but still they won't believe you . So I think Kalju will bring the applications in and afterwards he will pick them up as well. And if you need to go to an interview, you just go there and say I want to travel to Florida. For a vacation. This is a good explanation especially around this time of year – the tickets are 50% cheaper than usually, so if they ask why do you want to go, you just tell them that tickets are cheap that's why. Just don't tell about your plans of work, if you tell them that, you've traveled your traveling.

S: will Kalju come with me or do I have to travel alone ?

M: No. He will take the papers in, and if you have to go to an interview, then you both have to go there.

S: no I mean to the States.

M: well, there is one option that Roman has a friend here in Estonia. He has a visa and he has some time left and if you receive a visa, he will travel with you. He will take you there. Then Roman will not come here. He told me that the weather is very bad here and he doesn't want to come. He better comes in the summer. So this is the case. And so I have to find you a job here, a secretary's job or something. You were dancing, weren't you ?

-11-

S: yes I did.

M: what are you doing now ? Nothing?

S: resting.

M: so you're in "business", OK. What else, then I can tell Roman...

S: so there is no other girls coming from Estonia ?

M: No. There is one, or there are two Estonian girls.

S: so the working place is in one place, or are there any other places as well ?

M: No. You will work only in one place. You live... well; I showed you the picture. Work room if for massage, right next to it is your room where you can sleep, Roman has there TV and all other stuff; there are saunas as well that you can use when you like

S: what do I have to wear during massage ?

M: well you can... I really don't know all the details... but you can wear the same what women wear to aerobics, shorts, T-shirt; there's nothing special to it. Just some kind of clothes. You don't have to wear a ball costume or something. Well, what else ?

S: well, I don't know... what should I tell here if I go .

M: you mean at home ? That one you'll have to figure out yourself. And let me tell you – you have to calm here everybody down about you leaving; don't run away from home. Or later on your parents start looking for you – you have to settle things down with them at once. There are different parents- some are crazy and will go to anybody. So settle those things here so there will be no problems. Do you think there will be problems ?

S: no, I don't think it will... I'm not sure...

M: make it sure. So there won't be that oh god, daughter is going to America and then they go to the Embassy and tell consul that she is really not working there where it says on the application... in short, no one goes crazy. Well, it is best that you won't tell anybody you're going. Since when we look at it straight – it is not a honest job. To work in America you have to be an American.

S: how far does this massage goes ?

M: Didn't Roman tell you ?

S: he said it's an erotic massage.

M: well, it doesn't go... well, I really don't know those things, I haven't been there, I don't know. It's like... /unclear text/... if he has a find a person to... well I just help with the visas, those things you should discuss with Roman. One thing I know – you can't do... /unclear text/... this is out of the question. Even if someone is ready to pay extra. Well like – take my money and jump on top of me etc... but you mustn't. It will come out very soon. They will tell that I got this from there etc.

S: how long are the workdays do you know ?

M: It's not a slavery where you work from 9 to 9. I assume there are about 4 clients a day. Maybe 3, 4 or 5. It depends on how it is. No one will whip you that OK start doing this or that.

S: how about travel expenses?

M: Roman will cover your travel expenses. Visas and stuff. And you will pay him back later. That's natural.

S: for how long do I have to work to pay back?

M: I think if you work for one day you will pay him back.

S: really?

M: well I can't tell you right away. It depends... well, probably one day won't be enough. You have to discuss these questions with Roman yourself. I don't know details of what and where. I know that visa is 1600 EEK. Then the visa we make for your CLH, he does not get anything out of it, it's useless to him, and he is not travelling. You have to pay for his visa as well. Airplane tickets... I'll have to see what I can do... I think the cheapest are from Finland. I think the most comfortable is to go by a plane to Finland and from there to the States. But if you agree to go to Finland with Kaimar (Roman's friend) and stay there... I still think the best is to go from Tallinn. I don't know how much the tickets cost now, maybe 6000 or 7000 EEK, I don't know what are the airport fees.

S: I see. How long will it take to make a visa?

M: I don't know. I'll have to find you a job, then we take the paperwork in... it will not take a lot of time in the Embassy. You will know in 2 days if you get a visa or not. If you have not had previous problems there you will get a visa. You haven't had any, are you?

S: not that I know of.

M: well it's OK then.

S: I see..

M: what about Tiit? Did he tell you? .../unclear word/... wife?

S: he/she told me about dancing.

M: well, dancing is... damn, I don't know.

S: is there such possibility?

M: I can't really tell if it is easier. Do you like to dance?

S: yeah, of course I do!

M: well, that's something you have discuss over there. It's not my area. Roman only asks me to find persons to make a visa together with, I will. And I know nobody terrorizes anybody there, there are no problems, everything is OK, so... that's the case at this side of the swamp (old Estonián saying).

S: I see.

M: so that's it for now!

-13-

S: I'll call Roman then.

M: yes, give him a call today and ask him all the questions you want to ask. I don't know what he will tell you over the phone. He is an e-mail fan. He want's everybody to send him e-mails.

S: will he answer me back ?

M: but of course ! He loves e-mails ! He's an American !

S: American ?

M: yes, he took their citizenship. He gave up Estonian. He has an Estonian passport but in fact he is American citizen.

S: when was the last time he was in Estonia ?

M: about 6 months ago ? He was here in winter. We went to Tartu together. Well, take care ! I hope you will get... /unclear text/

S: do I call you or do you call me ?

M: I will call you but I think... I will call you within a week. Since the person I'm looking a job for you with, he/she was supposed to travel to southern Estonia as well, and it depends when he/she gets back... I have your data so I can give... /receives a phonecall – hello ! Hi !I'm in a conversation right now, please call me back in 2 or 3 minutes, OK, bye ! /  OK, so be a nice girl and don't do any naughty stuff ! Bye !

S: Bye !

R – R.V.

S – Source

**S call to Roman to his cellphone in US, Boston Wednesday 4/2/03, approx. 18:30 – 19:00 Estonian local time**

R: yes, hallo !

S: hi Roman !

R: hi !

S: I'm P:

R: Hi P    !

S: I have my passport and… met Andres and…

R: oh you met him ?

S: yes

R: well done !

S: yes, well… are you coming to Estonia ?

R: well, right now this is not an option for me. One of my friends wants to come over right now. He has a visa. I thought that you would come with him.

S: oh I see… when would that be approximately ?

R: well he is ready to go any time. Depends when you get your visa. He already has a visa. That way I don't have to travel right now.

S: I see

R: Right now it's a bad time to come over there

S: I wanted to ask some questions from you if it's OK by you

R: well, ask

S: what should I bring with me ?

R: the less things you bring over the better

S: as little as possible ?

R: yes, clothes are cheap here and all the girls that have brought a lot of stuff with them have regretted it. You can by stuff here cheap. Take only necessary things.

S: for how long period I will receive a visa, do you know ?

R: for how long time ? Well, you will receive an official visa for… well visa will be made for a year or six months; it's an entry visa. Don't mix two things. From Estonia what you get is an entry visa. If you receive it for 6 moths that means you'll have to enter the US within 6 months. On the border you'll receive a stamp into your passport which

-15-

shows for how long you can stay in the US. They will decide for how long you can stay on the border. For this reason it is necessary that you will arrive with some guy – boyfriend and girlfriend. They usually give 6 months. It is the maximum that they issue. If a girl arrives alone then there is a problem. They don't want to let young girls in by themselves. It's usually OK if you arrive first time. It's more complicated if you arrive for the second time.

S: then they will start looking why is she here for the second time

R: right.

S: are you going to meet me or will he take me to your place ?

R: no-no, I will meet you, that's 100%, naturally.

S: I see

R: he does not speak any English

S: can't ?

R: right. You're the one that has to take care all things at the airport for both of you. OK, so… I spoke with Andres *(Middleman)* as well that you should write to the application that you are planning to go on vacation in Florida

S: yes, he told me that already

R: this is the best option. If they ask why, you tell it's the cheapest option.

S: if I arrive, can I look around for couple of days or do I have to start working at once ?

R: but of course you can ! it is not slavery here ! You do as much as you feel like.

S: OK. I will be living at the same place as I work ?

R: yes.

S: do I have my own room or do I have to share it with somebody ?

R: alone, of course. Each girl has her own room.

S: OK. How many girls are there right now ?

R: Right now there are two girls.

S: Estonians ?

R: yes. To be honest I even don't want any more at this time. It is just enough.

S: is there a lot of work ?

R: yes, girls have a lot of work. They do as much as they can; they really can't do any more, 5-6 jobs in one day.

S: what do you mean they can't do more than 5 or 6 per day ?

R: well, physically you're not able to, one-hour massage, 6 hours a day. There are breaks as well; you can't do it in a row

S: so how far this so called erotic massage goes ?

R: it doesn't go far at all, I say, just a hand job. You don't have to do anything else.

S: OK, I see... but what should I tell my Estonian friends when I leave ?

R: well you can tell them that you are going to dance, you've danced in Estonia before right ? you go to US to dance.

S: OK. So I can't tell them that I go there to work, to do erotic massage ?

R: of course you can. It's up to you what you tell them. If you have a nice girlfriend, you could bring her here as well !

S: I see. For how long do I have to work to pay you back all the costs for travel ? How many jobs ?

R: it will take you about a week.

S: about a week then, right. So for one job I get 40 USD

R: yes. Plus you can keep all tips you receive.

S: I can get a tip on this job ?!

R: but of course !

S: oh, I didn't realize...

R: well, those things I told you... if someone wants you to be topless that means 40 USD extra, if someone wants... well... not all of them want of course... you can't push them to ask you any extras... but a lot of them want, we have here loyal customers that want nude.. That means you will receive 100 USD extra, so total of 200 USD... nude massage... so that means 140 USD for yourself for nude massage. And this means that only before the end you will take all your clothes off, not at the beginning of a massage, so that is then cost of two jobs for one.

S: well... it lasts for an hour ?

R: yes

S: what do I have to wear during it ?

R: whatever you want to wear. You don't have to wear lingerie or something, regular, normal clothes. It doesn't have to be some damn sexy lingerie or something... you wear what you want to wear. Well. I don't know what else should I tell you.

S: I don't know... tell me something more

R: more ? oh... I can't think of anything right now... if you have any other questions you can always... well. I have a problem calling people on their cellphones. Just can't get through. If you had a hard line at your home you could call me. It is really hard to get through to someone's cellphone. With a hard line there's always a good connection.

S: how old are the girls that are with you right now ?

R: one is 21 and the other is 26. But she looks young.

S: how about Madli, is she going back ?

-17-

R: Madli can't get a visa right now. They refused her and told her to come back after one year. She want's to come back after one year. When she first came here she wanted to stay for 3 months. All the girls that have come here wanted to stay here, one wanted to stay for 3 months as well but changed her mind in two weeks and stayed for 6 months. She had big plans, buying an apartment in Tallinn and so on. The girls are making very good money. In that sense the girls are very satisfied.

S: I see.

R: and Boston is a very nice city.

S: well you will show it to me then

R: but of course ! Well, as I've said, you'll get here with Kaimar *(R Estonian friend)*...

S: he's coming to ?

R: yes, of course. So as I've said then I will take some time off and drive you both around.

S: OK. Will Andres provide me with a job *(here in Tallinn)* ?

R: yes, that's for sure. He has to do it.

S: do you know what kind of a job ?

R: hmm... he has there some friends. I can't remember right now who he picked out for that. But it will be a nice job. And don't then forget – the guy you're travelling with is your common law husband. There was one girl we tried to bring in and she didn't realized why we need that guy with her for. She even didn't bother to learn his name. And when she was asked whom she is travelling with she pointed at one man and said - with that small guy. And of course she was not issued a visa. But when you have any questions you can call Andres, he will call me then.

S: I can call you straight since Andres told me that he doesn't really know what to tell me about it.

R: I see... well, the weather is getting warm here. No sense bringing warm clothes with you .

S: what's the temperature right now ?

R: well, this year is kind of weird. Right now is a little chilly, about 10 degrees. But within weeks there's going to be a summer here. April is usually a warm month here. So don't bring your winter coat.

S: well that's obvious I think.

R: OK. You guys take care of the paperwork then. What do you have to do ?

S: I have to wait until Andres calls me.

R: I see. Did you fill applications ?

S: No, he only took my personal info from my passport. Why does he need those ?

R: well, he now... why he did not take your passport ? He has to pay for visa. He should have taken your passport.

-18-

S: he told me passport is not so important ?

R: it's not ?

S: yes, that's what he told me. That he can leave my passport with me in case I need it.

R: I see. But can he pay for visa without passport ? Maybe he only needs passport information, I'm not sure. I will call him tonight. But OK then, why should you spend your money on the phonecall.

S: OK. If I have any questions, I'll call you. But can you tell me even generally, when this travel is going to happen ?

R: well, he was thinking to bring the applications in on Monday or Tuesday. And from there it usually takes 2 days to get an answer. And then you could travel in a week. You can get the tickets very easily now. They are cheap. Well from Monday… you could travel by the end of the week. The end of next week. If everything goes well.

S: OK. I'll call you if I have any questions.

R: OK. Bye.