1

1           THE COURT:  Very well.
2           Mr. Roman Valdma, in consideration of the offenses
3    of which you stand convicted, the information from the
4    United States Attorney, your attorney, the probation officer
5    and yourself, this Court sentences you to 41 months in the
6    custody of the United States Attorney General on each of the
7    counts of conviction, the sentence on each such count shall
8    run concurrent one with the other.
9           The Court imposes upon you three years of
10   supervised release thereafter.  The Court fines you in
11   addition to the order of forfeiture $75,000.
12          The Court makes the special conditions of probation
13   that you pay the fine in accordance with a Court ordered
14   payment schedule.  You cannot pay what you do not have, but
15   that's the fine.
16          You're to provide the probation officer with all
17   requested financial data.  The probation office may share
18   that data with the collections unit of the United States
19   Attorney.
20          You are prohibited from incurring new credit
21   charges or opening additional lines of credit.  You are to
22   participate in a certified batterers' intervention program
23   as directed by the probation office.  You're prohibited from
24   possessing a firearm or other dangerous weapon.
25          You'll have credit toward the service of the

2

```
1    sentence from August 5th, 2003 to August 13th, 2003, from
2    November 20, 2003 to November 24, 2003, and for the day of
3    December 30, 2003.
4         You are advised that you have the right to appeal
5    from any findings or rulings this Court makes against you.
6    And the Court notes that should you appeal and should that
7    appeal be successful in whole or in part, you'll be
8    resentenced by, and I announce it now, you'll be resentenced
9    by another judge of this Court.
10        Let me explain this sentence, Mr. Valdma.  You are
11   and have --
12        MS. SCHULMAN:  Your Honor, I'm just not sure that
13   in imposing the sentence that the Court noted the special
14   assessment.
15        THE COURT:  Oh, you're right quite.
16        MS. SCHULMAN:  Or the --
17        THE COURT:  A special assessment of $2,000.
18        MS. SCHULMAN:  Or incorporated the forfeiture in
19   the Court's pronouncement, your Honor.
20        THE COURT:  Well, it will be incorporated in the
21   judgment.
22        MS. SCHULMAN:  Very well.  Thank you.
23        THE COURT:  The order of forfeiture is part of it.
24   Now, let me explain it.
25        Mr. Valdma, you are and were for some time
```


3

1    knowingly engaged in the sex trade.  In the United States
2    today, indeed internationally, that is a multibillion dollar
3    business.
4         Now, I am no prude.  Back in the days when I was in
5    the service overseas in peacetime, I could tell you exactly
6    what the service that you provided cost in at least two
7    different areas of the world.  So, at least generally I am
8    familiar with the commercial transactions in which you
9    engaged.
10        And those commercial transactions are punished with
11   relative, with relative lenity by the United States.
12   Indeed, looking at -- well, for whatever reasons, the
13   government of the United States here has urged the Court to
14   give you the minimum sentence.  I have not.  I have given
15   you the maximum sentence that I am, that is available to me
16   under the Constitution of the United States.  And let me
17   tell you why.
18        Because your conduct, sir, your knowing and
19   intelligent conduct, is closer to sexual abuse, indecent
20   assault and battery.  I note as near as I can that none of
21   these people were minors.  But the fact is you got these
22   people to come here and then, friendless and alone, unable
23   to speak the language, you turned on them and through duress
24   and as, as vicious as actual physical assault you forced
25   these people into this conduct.  It is no, it is no excuse,

                                                                4

1   it is no palliation as it's pointed out to me in your
2   counsel's sentencing memorandum that some of them came back
3   and worked for you apparently voluntarily in the future.
4   That's what they thought America was.  They thought America
5   was nothing more than the exercise of the perverted powerful
6   against the weak and the friendless and those who do not
7   speak our language.
8           Your conduct is criminal.  It is disgraceful.  It
9   warrants the severest sanction that is open to the Court and
10  that's the sanction I've imposed upon you.
11          I do not recommend the shock incarceration for
12  precisely the reasons that the government has pointed out.
13  You are a skillful businessman.  After this sentence maybe
14  you can put that to appropriate use.
15          That's the sentence of the Court.
16          On self-reporting, what's the government's
17  position?
18          MS. SCHULMAN:  If I could just confer with defense
19  counsel for a moment, your Honor.
20          (Whereupon counsel conferred.)
21          MS. SCHULMAN:  The government agrees to
22  self-reporting, your Honor.
23          THE COURT:  I think self-reporting is appropriate.
24  The same conditions of bail remain.
25          He'll report to the place of confinement Tuesday,

```
                                                           5

  1    the 4th of January.
  2              MS. SCHULMAN:  Thank you, your Honor.
  3              THE COURT:  That's the order of the Court.
  4              All right, we have a juror question and we'll
  5    recess to set up.
  6              THE CLERK:  All rise.  Court is in recess.
  7              (Whereupon the matter concluded.)
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```