AO 245B  (Rev. 08/04) Criminal Judgment
          Supplemental Statement of Reasons

DEFENDANT:     ROMAN VALDMA
CASE NUMBER:   1:  03  CR  10353  - 001 - WGY
DISTRICT:

# SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☐  The court applied the Guidelines and all relevant enhancements in this case.

☑  The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐  The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐  The court took some other action (Please explain below.):

☐  This judgment includes an alternative sentence.