```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              03-10353-WGY


* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *
v.                             *    DISPOSITION
                               *
ROMAN VALDMA                   *
                               *
* * * * * * * * * * * * * * * *




           BEFORE:  The Honorable William G. Young,
                         District Judge


APPEARANCES:

          EMILY R. SCHULMAN, KIMBERLY P. WEST and JIM
     OLIVER, Assistant United States Attorneys,
     1 Courthouse Way, Suite 9200, Boston,
     Massachusetts 02210, on behalf of the Government

          BUTTERS BRAZILIAN LLP (by Thomas J.
     Butters, Esq. and Matthew D. Thompson, Esq.) One
     Exeter Plaza, Boston, Massachusetts 02116, on
     behalf of the Defendant




                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         November 23, 2004
```