

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester: | Number Of Process To Be Served In This Case. | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency 3/31/05<br>Stephen P. Leonard , Forfeitures Officer<br>U.S. Customs and Border Protection | |

**REMARKS:**

Notice of Order of Forfeiture was published as instructed above in the Boston Herald on Feb. 22, March 01, and March 08, 2005. Copy of Publisher's Certificate attached.

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts }
County of Suffolk } ss.

On this 30th day of May A.D. 2005
personally appeared before the undersigned, a Notary Public, within and for the said county, Julia A. Presutti of the Boston Herald a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

Crim Cse # 03-10353-WGY advertisement
was published in said newspaper in its issues of

Feb 22, Mar 1, 8 A.D. 2005

[signature]

VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011

Subscribed and sworn to before me this 30th

day of March A.D. 2005

Valerie Delano
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.

NOTICE OF ORDER OF FORFEITURE

Criminal No. 03-10353-WGY

United States of America, District of Massachusetts, at Boston, Massachusetts, August 21, 2004.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant Roman Valdma in the following property, pursuant to Title 21, United States Code, Section 853(n)(1), as incorporated by Title 18, United States Code, Section 982:

* $80,000 in United States Currency;

* One 2003 silver Acura model MDX, bearing Massachusetts Registration number 59PV19, and Vehicle Identification Number 2HNYD18863H506272, which is registered to Roman Valdma; and

* 2 Larose Place, Apartment 25, Brighton, Massachusetts, as more fully described in the Deed of Florencia Maria Hito of the Two Larose Place Realty Trust dated August 1, 2001, and recorded in Suffolk Registry of Deeds, Book 26783, Page 22.

(collectively referred to as the "Assets").

Upon adjudication of all third party interests, the United States of America intends to dispose of the Assets in accordance with the law.

Pursuant to 21 U.S.C. sec. 853(n)(2) and (3), as incorporated by 18 U.S.C. sec. 982, any person, other than the Defendant, having or claiming to have a legal interest in the Assets may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Assets. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. sec 853(n), as incorporated by 18 U.S.C. sec. 982. The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Assets, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Assets, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a final order of forefeiture, pursuant to 21 U.S.C. sec. 853, as incorporated by 18 U.S.C. sec. 982, in which all such interests will be addressed

Port Director (ref 04040100002401)
U.S. Customs and Border Protection
Feb 22, Mar 1, 8

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| | |
|---|---|
| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Roman Valdma, #24867-038 |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Fort Dix FCI, 5756 Hartford & Pointvile Road, Fort Dix, New Jersey 08640 |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | | |
|---|---|---|
| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks Section | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer 3/3/05<br>U.S. Customs & Border Protection | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2581. Signed as received at Fort Dix FCI on 2/28/05.

Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Cr. No. 03-10353-WGY

Roman Valdma #24867-038
Fort Dix FCI
5756 Hartford & Pointvile Road
Fort Dix, NJ 08640

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery 2/28/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from ser...) 7001 2510 0003 4300 2581

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381

**U.S. Postal Service**

**CERTIFIED MAIL RECEIPT**

***(Domestic Mail Only; No Insurance Coverage Provided)***

7001 2510 0003 4300 2581

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark Here

Sent To: Roman Valdma #24867-038
Street, Apt. No.; or PO Box No.: Fort Dix FCI 5756 Hartford & PointvileRd
City, State, ZIP+4: Fort Dix, NJ 08640

PS Form 3800, January 2001 See Reverse for Instructions

**Department of the Treasury**

*Federal Law Enforcement Agencies*

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| | |
|---|---|
| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Matthew D. Thompson, Esquire |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Butters, Brazilian & Small LLP, One Exeter Plaza, Boston, MA 02116 |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection 3/31/05 | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2598. Signed as received on 02/23/05.

Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT** ☐ **FOR CASE FILE** ☐ **LEAVE AT PLACE OF SERVICE** ☐ **FILE COPY**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0003 4300 2598

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

JOHN F. KENNEDY STA. BOSTON MA 02114 FEB 2005

Sent To: Matthew D. Thompson, Esquire
Street, Apt. No.; or PO Box No.: Butters, Brazilian & Small LLP
City, State, ZIP+4: One Exeter Plaza Boston, MA 02116

PS Form 3800, January 2001 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 10353

1. Article Addressed to: CR No. 03-10353 WGY
Matthew D. Thompson, Esq.
Butters, Brazilian & Small LLP
One Exeter Plaza
Boston, MA 02116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. Lafond ☐ Agent ☐ Addressee

B. Received by (Printed Name) R. Lafond

C. Date of Delivery 02/23/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from servic 7001 2510 0003 4300 2598

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381



# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | |
|---|---|
| | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>John H. Brazilian, Esquire |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Butters, Brazilian & Small LLP, One Exeter Plaza, Boston, MA 02116 |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection 3/31/05 | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2505. Signed as received on 2/23/05.
Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT** ☐ **FOR CASE FILE** ☐ **LEAVE AT PLACE OF SERVICE** ☐ **FILE COPY**



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0003 4300 2505

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To John H. Brazilian, Esquire
Street, Apt. No.; or PO Box No. Butters,Brazilian&SmallLLP One Exeter Plaza
City, State, ZIP+4 Boston, MA 02116

PS Form 3800, January 2001 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Cr. No. 03-10353 WGY
John H, Brazilian, Esq.
Butters, Brazilian &
Small LLP
One Exeter Plaza
Boston, MA 02116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X R. Lafond ☐ Agent ☒ Addressee

B. Received by (Printed Name) Regine Lafond C. Date of Delivery 02/23/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 2510 0003 4300 2505

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| | |
|---|---|
| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Thomas J. Butters, Esquire |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Butters, Brazilian & Small LLP, One Exeter Plaza, Boston, MA 02116 |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No. | Date |
|---|---|---|---|
| [signature] | | (617) 748-3100 | Feb. 14, 2005 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>[signature] 3/31/05<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2611. Signed as received on 02/23/05.

Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT** ☐ **FOR CASE FILE** ☐ **LEAVE AT PLACE OF SERVICE** ☐ **FILE COPY**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0003 4300 2611

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Thomas J. Butters, Esquire
Street, Apt. No. or PO Box No. Butters,Brazilian,Small LLP One Exeter Plaza
City, State, ZIP+4 Boston, MA 02116

PS Form 3800, January 2001 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CR No. 03-10353 WGY
Thomas J. Butters, Esq.
Butters, Brazilian &
Small LLP
One Exeter Plaza
Boston, MA 02116

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X R. Latend ☐ Agent ☑ Addressee

B. Received by (Printed Name) R. Lafond C. Date of Delivery 02/23/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 2510 0003 4300 2611

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381



**Department of the Treasury**
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| | |
|---|---|
| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>City of Boston Tax Collector |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>City Hall, One City Hall Square, Boston, MA 02210 |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named institution by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>3/3/05<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2574. Signed as received FEB 22.

Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0003 4300 2574

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: City of Boston Tax Collector
Street, Apt. No.; or PO Box No.: City Hall 1 City Hall Square
City, State, ZIP+4: Boston, MA 02210

PS Form 3800, January 2001 — See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CR No. 03-10353 WGY

City of Boston Tax Collector
City Hall, One City Hall Sq.
Boston, MA 02210

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature: Joseph E. McDermott, Jr. ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0003 4300 2574

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-01-M-0381

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Suffolk County Registry of Deeds |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>24 New Chardon Street, P.O. Box 9660, Boston, MA 02114-9660 |

| Send NOTICE OF SERVICE copy to Requester: | Number Of Process To Be Served In This Case. | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please record the attached Preliminary Order of Forfeiture at the above-named Registry of Deeds. This pertains to the real property located at 2 Larose Place, Apt. 25, Brighton, Massachusetts. For title to the property, see Book 26783, Page 22 of the Suffolk County Registry of Deeds.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ______ | District to Serve No. ________ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks. | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency 3/31/05<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2550. Signed as received on FEB 24, 2005.

Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT** ☐ **FOR CASE FILE** ☐ **LEAVE AT PLACE OF SERVICE** ☐ **FILE COPY**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0003 4300 2550

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark Here

Sent To: Suffolk County Registry of Deeds
Street, Apt. No.; or PO Box No.: 24 New Chardon Street P.O. Box 9660
City, State, ZIP+4: Boston, MA 02114-9660

PS Form 3800, January 2001 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Cr. No. 03-10353 WGY

Suffolk County Registry
of Deeds
24 New Chardon Street
P.O. Box 9660
Boston, MA 02114-9660

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 2510 0003 4300 2550

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381



# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | |
|---|---|
| | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Washington Mutual (Loan #5302038590 3) |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>P.O. Box 44118, Jacksonville, FL 32231-4118 |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named institution by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks. | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | 3/31/05 |

**REMARKS:**

PreliminaryOrder served as instructed above, via certified mail number 7001 2510 0003 4300 2543. Signed as received on FEB 28, 2005.
Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: JOHN F. KENNEDY STA BOSTON MA 02114 FEB 22 2005

Sent To: Washington Mutual
Street, Apt. No.; or PO Box No.: (Loan# 5302038590 3)
City, State, ZIP+4: P.O. Box 44118
Jacksonville, FL 32231-4118

PS Form 3800, January 2001 — See Reverse for Instructions

7001 2510 0003 4300 2543

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CR No 03-10353 WGY

1. Article Addressed to:

Washington Mutual
(Loan# 5302038590 3)
P.O. Box 44118
Jacksonville, Florida
32231-4118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Cline ☐ Agent ☐ Addressee

B. Received by (Printed Name) Karen Cline

C. Date of Delivery FEB 28 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 2510 0003 4300 2543

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381



# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Ridgemont Condominium Trust, c/o G&G Management |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>P.O. Box 67382, Chestnut Hill, MA 02467 |

| Send NOTICE OF SERVICE copy to Requester: | Number Of Process To Be Served In This Case. | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named institution by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Reamrks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>3/31/05<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | |

**REMARKS:**

Preliminary Order served as instructed above, via certified mail number 7001 2510 0003 4300 2529. Signed as received on FEB 23, 2005.

Copy of certified mail forms attached.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT** ☐ **FOR CASE FILE** ☐ **LEAVE AT PLACE OF SERVICE** ☐ **FILE COPY**



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

JOHN F. KENNEDY BOSTON MA 02203 FEB 22 2005 USPS — Postmark Here

*Sent To* Ridgemont Condominium Trust
*Street, Apt. No.; or PO Box No.* c/o G&G Management P.O. Box 67382
*City, State, ZIP+4* Chestnut Hill, MA 02467

PS Form 3800, January 2001 — See Reverse for Instructions

7001 2510 0003 4300 2529

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CR No 03-10353 WGY

Ridgemont Condominium Trust
c/o G&G Management
P.O. Box 67382
Chestnut Hill, MA 02467

CHESTNUT HILL MA 02467 FEB 23 2005 USPS

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* N. Gopin

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 2510 0003 4300 2529

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-0381



# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| **SERVE AT** | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>One 2003 Silver Acura Model MDX, bearing Massachusetts Registration Number 59PV19, and Vehicle Identification Number 2HNYD18863H506272, which is registered to Roman Valdma |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced vehicle in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency 3/31/05<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | |

**REMARKS:**

The above referenced vehicle has been seized and is in the custody of the storage contractor for ICE/CBP. Copy of SEACATS tracking printout attached.

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT** ☐ **FOR CASE FILE** ☐ **LEAVE AT PLACE OF SERVICE** ☐ **FILE COPY**

```
12:46            SEIZED ASSET AND CASE TRACKING SYSTEM    04012005 T2M96808
TID= A8DA                       SEIZED ITEM VEHICLE                T2P96808

FP&F CASE NUMBER: 2004040100002401  LINE: 001  SUBLINE: 0000  PARENT: 0000
                                                 OWNING BUREAU: ICE
DESC:* ACURA SUV                                   OWNING PORT: 0401
CATEGORY CODE: VEH  PROPERTY TYPE:* SU
SEIZE:          1.00 EA PKG:          0     SAMPLE: N
  INV:           .00    PKG:          1 EA   SHELF:            .00
VIN NBR: 2HNYD18863H506272    NBR OF CYL:
MAKE: ACUR              MODEL: MDX             YEAR:* 2003 STYLE:
COLOR:* GRY  ODOMETER:            ODOM UM:     FUEL TYPE:
LICENSE PLATE#:          PLATE YR:       STATE REG:     CNTRY REG:
EPA COMPLIANCE (Y/N)?:   DOT COMPLIANCE (Y/N)?:   DMV NOTIFIED:
LEGAL STATUS:* SZ PHYSICAL STATUS:* HD CUSTODIAN: CTR
PROHIBITED/RESTRICTED ITEM: N
SEIZURE DATE:* 11202003 FORFEITURE DATE:*
DATES- ENTERED(PMAL):          SPLIT(PMSP):         SAMPLE(PMSA):

INCIDENT NUMBER: 2004SZ001155001

(PF1/2=HELP/FLD HLP)(PF3/PF4=MAIN/PRV MENU)(PF8=NXT PG)(PF12=DTL)
```

                                                                                             12:46 SEIZED ASSET AND CASE TRACKING SYSTEM 04012005 T2M9I001
TID=A8DA STORAGE LOCATION QUERY T2P9I001
PAGE: 1

FP&F CASE NBR: 2004040100002401 LINE NBR: 001 SUB LINE NBR: 0000

| INPUT DATE | CUSTODIAN | STORAGE LOCATION | ACCEPT DATE | STATUS |
|---|---|---|---|---|
| 20031126 | SAC-SPC | TRAN | 20031120 | H |
| 20031201 | SPC- | 9999 | 20031201 | H |
| 20031201 | CTR- | | 20031201 | H |
| 20031201 | CTR- | | 20031201 | H |
| 20031201 | CTR- | WHN | 20031201 | H |
| 20040109 | CTR- | WHN | 20031201 | H |
| 20040528 | CTR- | WHN | 20031201 | A |

(F1/F2=HELP) (F3=MAIN) (F4=PREV MENU) (F7=PREV PAGE) (F8=NEXT PAGE)



**Department of the Treasury**

*Federal Law Enforcement Agencies*

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | |
|---|---|
| | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>2 Larose Place, Apartment 25, Brighton, Massachusetts, as more fully described in the Deed of Florencia Maria Hito of the Two Larose Place Realty Trust dated August 1, 2001, and recorded in Suffolk County Registry of Deeds, Book 26783, Page 22 |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice upon the real property referenced above of this forfeiture action by posting and walking the attached Preliminary Order of Forfeiture, in accordance with applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin | District to Serve | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| one copy of order | No. Mass. | No. Massachusetts | | |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>2/25/05 | Time of Service [ ] AM [✓] PM<br>2:50 Approx. |
| | Signature, Title and Treasury Agency<br>Erica [signature], S/A US ICE | |

**REMARKS:**

Posted on door (front) of apt. 25, 2 La Rose, Brighton, MA.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| **SERVE AT** | |
|---|---|
| | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>$80,000 in United States Currency |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced currency in accordance with the attached Preliminary Order of Forfeiture and applicable law. **PLEASE NOTE THAT THIS ASSET IS NOT CURRENTLY IN THE CUSTODY OF THE UNITED STATES.**

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Feb. 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[X] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer | 3/31/05 |

**REMARKS:** U.S. Customs and Border Protection

This currency is NOT in custody. Not able to maintain custody. Not seized.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY