

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Final Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Suffolk County Registry of Deeds |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>24 New Chardon Street, P.O. Box 9660, Boston, MA 02114-9660 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please record the attached Final Order of Forfeiture at the above-named Registry of Deeds. This pertains to the real property located at 2 Larose Place, Apt. 25, Brighton, Massachusetts. For title to the property, see Book <u>26783</u>, Page <u>22</u> of the Suffolk County Registry of Deeds.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Jennifer H. Zacks/LJT* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>June 23, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS:<br>X *Bernard Malone* | | | Date<br>X 7-22-05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>*Erica Petrielo* | Date<br>7/22/05 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: **CLERK** *Bernie Malone* | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.)<br>*Suffolk County Registry of Deeds* | Date of Service<br>7/22/05 | Time of Service<br>1:55 | [ ] AM<br>[X] PM |
|---|---|---|---|
| | Signature, Title and Treasury Agency<br>*Erica Petrielo*, S/A US ICE | | |

REMARKS:

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY