THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>ROMAN VALDMA,<br><br>      Defendant. | CRIMINAL NO. 03-10353-WGY |

## NOTICE OF APPEARANCE

1. Please enter my appearance as counsel on behalf of Mortgage Electronic Registration Systems, Inc. (hereinafter "MERS"), the current holder of the first mortgage with respect to the property located at 2 LaRosa Place #25, Brighton, Massachusetts 02135 (hereinafter the "Property").

2. On or about August 20, 2002, Roman Valdma, executed a Note in the original principle amount of $209,000.00.

3. On or about August 20, 2002, Roman Valdma (hereinafter "Valdma"), executed a Mortgage in the original principle amount of $209,000.00 secured by the Property. A true and accurate copy of the Mortgage is attached hereto as Exhibit A.

4. MERS. had no knowledge of any alleged wrongdoing by Valdma, and should not be prejudiced by any misconduct.

5. As the holder of the first mortgage, the debts owed to MERS should be satisfied, before any funds from the sale of the Property are distributed or confiscated by any party.

6.  MERS' payoff good through August 31, 2005 is $222,978.50 plus continuing interest, costs, and attorneys fees.

>  Respectfully submitted,
>  **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
>  By its attorneys,
>
>  Veronica Viveiros
>  BBO #631233
>  David M. Rosen
>  BBO # 552866
>  HARMON LAW OFFICES, P.C.
>  P.O. Box 610389
>  Newton Highlands, MA  02461-0389
>  (617) 558-0500

August _____, 2005

Certificate of Service

I, Veronica C. Viveiros, Esquire, do hereby certify that on the ⸺ day of August, 2005, I served by first class mail, postage prepaid, a copy of the Notice of Appearance of Mortgage Electronic Registration Systems, Inc. to the following:

Stephen Leonard
District Director of Fines & Penalties
US Department of Homeland Security
Customs & Border Protection
10 Causeway Street, Suite 603
Boston, MA 02222

Emily R. Schulman, Esq.
Kimberly P. West, Esq.
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

John H. Brazilian, Esq.
Matthew D. Thompson, Esq.
Thomas J. Butters, Esq.
Butters Brazilian, LLP
One Exeter Plaza
Boston, MA 02116

Veronica C. Viveiros, Esquire