```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
            Plaintiff,       )
                             )
       v.                    )
                             )    Criminal No. 03-10353-WGY
ROMAN VALDMA,                )
            Defendant.       )
```

### UNITED STATES' MOTION FOR DISCHARGE OF MORTGAGE

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the Clerk of the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Boston, Massachusetts, holder of a Mortgage from Defendant Roman Valdma ("Valdma"), for the property located in Brighton, Massachusetts, identified as 2 Larose Place, Apartment 25, Brighton, Massachusetts, more fully described in the Deed of Florencia Maria Hito of the Two Larose Place Realty Trust dated August 1, 2001 and recorded in Suffolk Registry of Deeds, Book 26783, Page 22 (the "Larose Place Property"), acknowledge satisfaction of the same and issue a Discharge of Mortgage. This mortgage was granted to the Clerk of the United States District Court, District of Massachusetts, dated September 2, 2003, and recorded in the official record books of the Suffolk County Registry of Deeds[1].

---

[1] The mortgage that was issued by the Court was issued in Criminal Action No. 03-882-MBB, which is the Magistrate Docket Number assigned to the instant case when it was initially filed with the District Court.

As grounds for this motion, the government states that on or about November 23, 2004, Valdma was sentenced to 41 months' incarceration on each of the Counts One through Twenty of the Superseding Information, to be served concurrently, and to 36 months' supervised release. Valdma agreed to voluntarily surrender to the United States on January 4, 2005, and to begin serving the sentence imposed by the District Court. The mortgage between Roman Valdma and the United States District Court was used to secure a personal bond for Roman Valdma in the amount of $50,000. As the Court is aware, Roman Valdma has surrendered to the United States, and is currently incarcerated.

Based on terms of the Final Order of Forfeiture, the United States Department of Homeland Security has been authorized to dispose of the Larose Place Property in accordance with applicable law, but is unable to do so as long as the mortgage remains in effect. Therefore, the United States requests that the District Court issue a Discharge of Mortgage so that the sale of the Larose Place Property may take place.

WHEREFORE, the United States requests that the Court authorize the Discharge of Mortgage for the Larose Place Property. A proposed Discharge of Mortgage is submitted herewith for consideration by the Court.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ Jennifer H. Zacks
> Jennifer H. Zacks
> Assistant U.S. Attorney
> 1 Courthouse Way
> Suite 9200
> Boston, MA  02210
> (617) 748-3304

Dated: 2/23/06

CERTIFICATE OF SERVICE

This is to certify that the foregoing United States' Motion for Discharge of Mortgage and the proposed Discharge of Mortgage, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/ Jennifer H. Zacks
> Jennifer H. Zacks
> Assistant U.S. Attorney