## **DISCHARGE OF MORTGAGE**

    I, SARAH A. THORNTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Roman Valdma to the Clerk of the United States District Court for the District of Massachusetts, for property located at 2 Larose Place, Apartment 25, Brighton, Massachusetts, dated September 2, 2003, and recorded in the official records book of Suffolk County Registry of Deeds at Book 32652, Page 290, acknowledge satisfaction of the same.

    WITNESS my hand and seal this _____ day of _____, 2006.

                                          SARAH A. THORNTON, Clerk
                                          United States District Court
                                          District of Massachusetts

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, SS.

    Then personally appeared SARAH A. THORNTON, Clerk, and acknowledged the foregoing to be her free act and deed before me.

Date:_____                         _____
                                                        Notary Public
                                                        My Commission Expires:_____