## DISCHARGE OF MORTGAGE

I, SARAH A. THORNTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Roman Valdma to the Clerk of the United States District Court for the District of Massachusetts, for property located at 2 Larose Place, Unit 25, Brighton, Massachusetts, dated September 2, 2003, and recorded in the official records book of Suffolk County Registry of Deeds at Book 32652, Page 290, acknowledge satisfaction of the same.

WITNESS my hand and seal this ___10___ day of ___March___, 2006.

_____
SARAH A. THORNTON, Clerk
United States District Court
District of Massachusetts


## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Then personally appeared SARAH A. THORNTON, Clerk, and acknowledged the foregoing to be her free act and deed before me.

Date: _March 10, 2006_

_____
Notary Public
My Commission Expires: _____



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012