

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Final Order of Forfeiture** |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize |
|---|---|
| | 2 Larose Place, Apartment 25, Brighton, Massachusetts, as more fully described in the Deed of Florencia Maria Hito of the Two Larose Place Realty Trust dated August 1, 2001, and recorded in Suffolk County Registry of Deeds, Book 26783, Page 22 |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the real property referenced above pursuant to the attached Final Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Jennifer H. Zacks/LJT*  [ X ]Plaintiff<br>{   ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>June 23, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [  ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks | Time of Service     [  ] AM<br>                              [  ] PM | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | *August 29, 2006* | |

**REMARKS:**
The above referenced real property was disposed of by sale at public auction. Deed to purchaser dated May 26, 2006. Sale price was $380,000.00. Total of all lines was $231,384.03. Copy of Disposition Order completed 6/14/06 attached.

**TD F 90-22.48 (6/96)**

❏ RETURN TO COURT    ❏ FOR CASE FILE    ❏ LEAVE AT PLACE OF SERVICE    ❏ FILE COPY

# SEIZED
## REAL PROPERTY

**US Department of the Treasury in conjunction with ICE**



# PUBLIC AUCTION

**Auction:**
Thursday, April 27, 2006

**Registration Begins:**
9:30 a.m.

**Auction Begins:** 11:00 a.m.

**Auction Location:**
At the property site

**Open Houses:**
Wednesday, April 19th and
Sunday, April 23rd
1:00 – 4:00 p.m.

**Deposit: $20,000**
cashier's check to EG&G Tech Srvcs

Cashier's checks made payable to bidder's
name CANNOT be accepted

For more details visit our website at:
**www.treas.gov/auctions/customs**
and click on real estate

If all your questions are not answered using our
website, or you do not have internet access,
please call the Public Auction Line at
**(703) 273-7373**

# CONDOMINIUM UNIT
## 2 Larose Place, Unit #25, Brighton, MA 02135






This garden-style condominium unit is located on the top floor of a four story building with scenic views of the city. The unit has 3 bedrooms, 2 full baths, kitchen, living room, dining room, laundry, and a private deck. The condo also includes two assigned parking spaces. Amenities include tile and wood floors, updated baths, and a sauna in the master bath. The building is located in Brighton, not far from Boston College, and was converted from apartments to condos in 1985. It is bound to the north by North Beacon Street, to the south and east by the City of Brookline, and to the west by the City of Newton.

**Utilities:** Electricity, Gas, Water, Sewer
**Parcel No:** Ward 21, Parcel 01882-050
**2005 Annual Taxes:** $4,599.95 +/-
**Zoning:** 2F-5,000/5,000 Sq. Ft., 50'
Frontage-2 Units, Legal Nonconforming Use.
**Age of Unit:** 41 years
**Total Living Space:** 2,064 +/- sq. ft.
**Condo Fee:** $710 +/- monthly (includes gas, electricity, water and sewer)



**Directions to Sale Property:** Take I-90 W/Mass Pike/Massachusetts Turnpike (Portions toll) for 5.8 miles. Take Exit 20 toward Allston/Brighton for 0.6 miles. Merge onto Cambridge Street and travel 1.7 miles. Keep Left at the fork to continue on Cambridge Street. Turn Left onto Washington Street (Immediately following St. Elizabeth's Medical Center) and go 0.2 miles. Turn Right onto Monastery Road. Turn Right onto Larose Place.

Sale #06-66-134 - CWS Marketing - Stephen Schofield, MA Lic. #1309



U.S. DEPARTMENT OF HOMELAND SECURITY
of Customs and Border Protect

## DISPOSITION ORDER
Tc-98-001, Tc-01-032

CBP ☐   OFO ☐   OBP ☐   ICE ☒   IRS ☐   USSS ☐   USCG ☐   OTHER _____

☒ Contractor
☐ Seizing Agency

| 1. SEACATS Seizure Case No. | 2. Agency Tracking No. | 3. Date |
|---|---|---|
| 2004040190000101 | UG31ER04UG0003 | 07/25/2005 |

**4. DISPOSITION INSTRUCTIONS:**

☐ REMIT
  ☐ Owner/Violator
  ☐ Authorized Agent
  ☐ Lien Holder
  (Complete Blocks 6 & 7)

☒ SELL
  ☐ Export Only
  ☐ Quick Sale
  ☐ Interlocutory
  ☐ Court Directed

☐ TRANSFER
  ☐ To Treasury Agent
  ☐ Other Federal Agency
  ☐ State & Local Law Enforcement Agency
  ☐ Donation to Charitable Institution
  (Complete Blocks 6 & 7)

☐ DESTROY
  Attach CBP 4613
  Order to Destroy
  (Complete Block 6)

☐ MANIPULATION
  (Complete Block 6)

☐ OTHER
  (Complete Block 6)

☒ ASSET SHARING
  (Complete Block 6)

(Please Print)  Steve Brogan
FP&F Officer or Other Authorized Agency Representative

EG&G P 703-361-3131/ F 703-361-3671
Contractor Office Telephone Number

**5. IDENTIFICATION OF PROPERTY:**
☐ Only sub-line items listed   ☐ All items in seizure   ☒ Only line items listed below   ☐ Partial line item quantity listed below

| Line Item No. | Description | Unit of Measure | Quantity |
|---|---|---|---|
| 1 | REAL PROPERTY-2 LA ROSE PLACE, #25, BRIGHTON, MA (CONDO) | EA | 1 |

**6. SPECIAL INSTRUCTIONS:**   ☐ Waive all costs   ☐ Waive SCA only - Reason:

PLEASE SELL THE ABOVE MENTIONED PROPERTY.
DIPLOMATIC SECURITY SERVICE (DSS) MAY HAVE AN ASSET SHARING REQUEST.

**7. RELEASE PROPERTY TO:**
Name of Agency/Organization: _____   Telephone No. _____
Name of Individual: _____
Address (City, State, Zip Code): _____

Caution: Property will be released ONLY to person named in Block 7 unless an agent is authorized. Approved agents must have proof of identification and a letter of authorization from person identified in Block 7.

☐ Remit ☒ Sell ☐ Transfer ☐ Destroy ☐ Manipulate ☐ Other   Drivers License or Passport Number: _____

**8. DISPOSITION ACCOMPLISHED:**
Date Accomplished: 6/14/06   Charges Paid $ _____   Sale Price Received $ 380,000.00

(Print) Subcontractor Name / Signature
(Print) Contractor Name / Signature
(Print) Person Receiving Property Name / Signature
(Print) Seizing Agency Representative / Signature

**9. CONTRACTOR/SEIZING AGENCY REPRESENTATIVE AUTHENTICATION:**
(Print) Name and Title / Signature / Date 6/14/06

INSTRUCTIONS TO OWNER/LIEN HOLDER: This property is in the custody of the Bureau of Customs and Border Protection seized property contractor. Reimbursement of costs incurred by the Seizing Treasury Agency for property management services is required. These charges must be paid by cash or cashier's check. All cashier's checks must be made payable to "U.S. Customs and Border Protection/EG&G Agent." NOTE: Anyone acting as an agent of the owner/lien holder must have proof of identity and letter of authorization to claim the property. Personal checks, business checks or money orders are not acceptable.

Original - Issuing Seizing Agency/Office Case File; Canary - Contractor File; Pink - Person Receiving Seizure (Remittance, Transfers & Donation); Goldenrod - Agency Suspense

CBP Form 7605 (04/04)