

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10353-WGY |
|---|---|
| DEFENDANT<br>**ROMAN VALDMA** | TYPE OF PROCESS<br>**Final Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>One 2003 Silver Acura Model MDX, bearing Massachusetts Registration Number 59PV19, and Vehicle Identification Number 2HNYD18863H506272, which is registered to Roman Valdma |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced vehicle in accordance with the attached Final Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Jennifer H. Zacks /LJT* | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>June 23, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service      Time of Service  [ ] AM  [ ] PM<br>Please see Remarks<br>Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer  *August 29, 2006*<br>U.S. Customs and Border Protection |

**REMARKS:** The above described Acura vehicle was disposed in accordance with the Order and applicable law. The vehicle was retained for official use by the U.S. Bureau of Immigration and Customs Enforcment. Copy of Official Use Authorization dated August 26, 2005 is attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY



U.S. Department of Homeland Security
Washington, DC 20229

**U.S. Customs and Border Protection**

AUG 2 6 2005

MEMORANDUM FOR:  Port Director
 Boston, Massachusetts
 ATTN: FP&F Officer

FROM:  Director, Seizures and Penalties Division
 Office of Field Operations

SUBJECT:  Transfer of Forfeited Property for Official Use;
 Seizure Case Number 2004-0401-000024-01/001

The vehicle listed on the attached CF42 has been approved and authorized for release to the Acting Special Agent in Charge, Boston, Massachusetts, for official use.

- Arrangements for pickup of this vehicle **must be made within 30 days of this notification.** If timely arrangements are not made, contact this office for new disposition instructions. Transportation of this vehicle is the complete responsibility of the receiving office. The vehicle cannot be transported by the contractor nor funded by the Forfeiture Fund.

- Forfeited property retained for official use loses its identity as seized property and becomes the personal property of the approved requesting agency. Personal property must be entered into the receiving agency's property tracking system in order to be in compliance with General Services Administration regulations.

Please contact Gregory Nevano at (617) 565-7385 to coordinate the transfer of the vehicle.

Dennis A. McKenzie

Attachments

cc: William E. Brown, National Logistics Center
 Gregory Nevano, SAC, Boston, MA

```
J0                 SEIZED ASSET AND CASE TRACKING SYSTEM        07122005    T2M7M101
N= A8DJ                   CF-42 REPORT TO HQ                                T2P7M101

FP&F CASE NUMBER: 2004040100002401 LINE: 001 SUB LINE: 0000 PARENT: 0000

DESC: ACURA SUV                              SEIZURE DATE: 11202003
QTY:            1.00 UM: EA
APPRAISED VALUE:       41000.00
CATEGORY CODE: VEH PROPERTY TYPE: SU
VIN:       2HNYD18863H506272
DATE FORFEITED:           TYPE OF FORFEITURE:
TOTAL LIEN AMOUNT:                    DATE OF THIS REPORT: 07122005

RETENTION REQUEST (Y OR N)*: Y     ASSET SHARING REQUEST (Y OR N): N

STORAGE LOCATION CITY: MANSFIELD                          STATE: MA
REMARKS: STORAGE CHARGES:$9,407.98 THRU 7/31/05.  MODEL:MDX PER CF58
EXCELLENT CONDITION - PAPER CF42 WITH MEMO AND DOCS WILL BE SENT.
LOCAL SPS/SPC CONTACT: BRIAN MURPHY
TELEPHONE NUMBER: 6175656144
NEXT OPTION:   FP&F CASE: 2004040100002401 LINE: 001 SUB LINE: 0000
RECORD SUCCESSFULLY ADDED
```