

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** <br> UNITED STATES OF AMERICA | **COURT CASE NUMBER** <br> CR No. 03-10353-WGY |
| **DEFENDANT** <br> ROMAN VALDMA | **TYPE OF PROCESS** <br> Final Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
City of Boston Tax Collector

Address (Street or RFD / Apt. # / City, State, and Zip Code)
City Hall, One City Hall Square, Boston, MA 02210

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Final Order of Forfeiture upon the above-named institution by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant

*Jennifer H. Zacks/LJT*

Telephone No. (617) 748-3100

Date: June 23, 2005

SIGNATURE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service | Time of Service [ ] AM [ ] PM

Please see Remarks

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection

Aug 29, 2006

**REMARKS:**

Order was served as instructed above by certified mail number 7001 2510 0003 4299 9530. Copy of signed Postal receipt showing receipt/delivery on July 25, 2005 is attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT  [ ] FOR CASE FILE  [ ] LEAVE AT PLACE OF SERVICE  [ ] FILE COPY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. CR. NO. 03-10353 WGY | A. Signature<br>X *Joseph E. McDermott* ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name) | C. Date of Delivery<br>JUL 25 |
| 1. Article Addressed to:<br><br>City of Boston<br>Tax Collector<br>City Hall<br>One City Hall Square<br>Boston, MA  02210 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service)   7001 2510 0003 4299 9530 | | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381 | | |