UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.         ) | Criminal No. 03-10353-WGY |
| ) | |
| ROMAN VALDMA,         ) | |
| Defendant.  ) | |

**UNITED STATES' MOTION FOR RELEASE OF *LIS PENDENS***

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release its Lis Pendens recorded at the Suffolk County Registry of Deeds against the property located at 137 Chiswick Road, #2, Brighton, Massachusetts (the "Property").

As grounds for this motion, the United States submits that it is no longer seeking forfeiture of the Property in connection with the above-referenced criminal action.

WHEREFORE, the United States requests that the Court authorize the <u>Lis</u> <u>Pendens</u> to be released.  A proposed Release of <u>Lis</u> <u>Pendens</u> is submitted herewith for consideration by the Court.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                     By: /s/ Jennifer H. Zacks
                                              JENNIFER H. ZACKS
                                              Assistant U.S. Attorney
                                              1 Courthouse Way
                                              Suite 9200
                                              Boston, MA  02210
Dated: September 1, 2006            (617) 748-3100

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Motion for Release of <u>Lis</u> <u>Pendens</u>, and the proposed Release of <u>Lis</u> <u>Pendens</u>, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/ Jennifer H. Zacks
                                              Jennifer H. Zacks
                                              Assistant U.S. Attorney

Dated: September 1, 2006

N:\JZacks\valdma\lis pendens\Motion for Release of Lis Pendens (137 Chiswick).wpd