UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      v.<br>ROMAN VALDMA,<br>      Defendants. | Criminal No. 03-10353-WGY<br><br>Property:<br>137 Chiswick Road, #2<br>Brighton, Massachusetts<br><br>Record Owner:<br>Roman Valdma<br><br>Deed:<br>Suffolk County<br>Registry of Deeds<br>Book: 20968, Page: 266 |

### RELEASE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the property located at 137 Chiswick Road, #2, Brighton, Massachusetts (the "Property"). For title to the Property, see Book 20968, Page 266 of the Suffolk County Registry of Deeds, reflecting the conveyance of the property on October 23, 1996, from Robert A. Fabricant to Roman Valdma.

The Lis Pendens, which was endorsed by the District Court on November 20, 2003, was recorded on November 25, 2003, at the Suffolk County Registry of Deeds.

Signed under the pains and penalties of perjury this 1st day of September, 2006.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: _____
>JENNIFER H. ZACKS
>Assistant U.S. Attorney
>1 Courthouse Way
>Suite 9200
>Boston, MA  02210
>(617) 748-3100

Dated: September 1, 2006

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.                                                              Boston

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 1st day of September, 2006.

_____
Notary Public
My Commission expires: 5/29/09

APPROVED AND SO ORDERED:

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

_____
WILLIAM G. YOUNG
United States District Judge
Dated:_____, 2006

2