UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　v.<br><br>ROMAN VALDMA,<br>　　　　Defendants. | Criminal No. 03-10353-WGY<br><br>Property:<br>137 Chiswick Road, #2<br>Brighton, Massachusetts<br><br>Record Owner:<br>Roman Valdma<br><br>Deed:<br>Suffolk County<br>Registry of Deeds<br>Book: 20968, Page: 266 |

### RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the property located at 137 Chiswick Road, #2, Brighton, Massachusetts (the "Property"). For title to the Property, see Book 20968, Page 266 of the Suffolk County Registry of Deeds, reflecting the conveyance of the property on October 23, 1996, from Robert A. Fabricant to Roman Valdma.

The Lis Pendens, which was endorsed by the District Court on November 20, 2003, was recorded on November 25, 2003, at the Suffolk County Registry of Deeds.

Signed under the pains and penalties of perjury this 1st day of September, 2006.

                                             Respectfully submitted,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

                            By:  /s/ Jennifer H. Zacks
                                             JENNIFER H. ZACKS
                                             Assistant U.S. Attorney
                                             1 Courthouse Way
                                             Suite 9200
                                             Boston, MA  02210
Dated: September 1, 2006          (617) 748-3100

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.                                                                                  Boston

    Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 1st day of September, 2006.

                                             /s/ Lisa J. Talbot
                                             Notary Public
                                             My Commission expires: 5/29/09

APPROVED AND SO ORDERED:

                             [Stamp: LISA J. TALBOT, Notary Public, Commonwealth of Massachusetts, My Commission Expires May 29, 2009]

/s/ William G. Young
WILLIAM G. YOUNG
United States District Judge
Dated: Sept 5, 2006

2