

# M E M O R A N D U M

**To:** The Honorable William G. Young, U.S. District Judge
**From:** Jeffrey Smith, Senior U.S. Probation Officer
**Re:** Roman Valdma
Dkt#: 03-CR-10353
**Date:** July 2, 2008

The purpose of this memorandum is to advise the Court that the above-captioned defendant has requested permission to travel to Tamsalu, Estonia during the month of December 2008. Your Honor may recall that Mr. Valdma appeared before the Court on November 23, 2004, having previously pled guilty to Importation of Alien for Immoral Purposes, Transportation for Illegal Sexual Activity, Persuading and Enticing Another to Engage in Illegal Sexual Activity, Visa Fraud, Encouraging and Inducing Aliens to come to the U.S. in Violation of Law, and Bringing Aliens to U.S. Without Official Authorization for Commercial Advancement. He was sentenced to 41 months of imprisonment followed by 36 months of supervised release. Mr. Valdma commenced his term of supervised release on November 30, 2007.

Since commencing his term of supervised release, Mr. Valdma has complied with all terms of his supervised release. He has satisfied his financial obligation and is currently attending a Certified Batterers Intervention Program. Mr. Valdma is self employed as a personal trainer and the probation department has made third party risk notification to his clients. He is requesting permission to return to Estonia for several weeks to visit with his family.

The U.S. Probation Office has no objection to Mr. Valdma's proposed travel provided he provides verification of his travel itinerary prior to his trip. He has received written permission from the Estonia Consulate General and provided a letter that has been attached for the Court's review. If Your Honor has no objection to this travel, could you kindly indicate by endorsing below.

Reviewed and Approved by:

_____
Brian McDonald
Supervising U.S. Probation Officer

[ ] I Concur
[ ] I Do Not Concur

The Honorable William G. Young
U.S. District Judge

**EESTI VABARIIGI PEAKONSULAAT**
CONSULATE GENERAL OF THE REPUBLIC OF ESTONIA

Roman Valdma
33 Pond Ave, Apt.709
Brookline
MA 02445

4-4/896
May 15, 2008

To: Jeff Smith, U.S. Probation Officer

Estonian Consulate General in New York is aware of Estonian citizen Roman Valdma's (personal code 36603020269, Date of Birth March 2, 1966) conviction and the nature of his crime and the fact that he is under supervision and we have no objection to him traveling to Estonia.

Sincerely,

Klarika Liiv
Consul

3 Dag Hammarskjold Plaza • 305 East 47th Street, Suite 6B • New York, NY 10017
Tel. (212) 883-0636 • Fax. (212) 883-0648 • www.nyc.estemb.org • nyconsulate@mfa.ee